UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. |
| FOR USE AND BENEFIT OF | | |
| CALCASIEU MECHANICAL | | |
| CONTRACTORS, INC. | : | JUDGE: _____ |
| | | |
| VERSUS | : | |
| | | |
| JACK WAYTE CONSTRUCTION CO., | | |
| INC., CMS CORPORATION, | : | MAGISTRATE JUDGE: _____ |
| JWC CMS JV, LEXON INSURANCE | | |
| COMPANY, IRONSHORE INDEMNITY, | | |
| INC., and BOND SAFEGUARD | : | |
| INSURANCE COMPANY | | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes THE UNITED STATES OF

AMERICA, for the use and benefit of Calcasieu Mechanical Contractors, Inc. (hereinafter

"Calcasieu Mechanical"), which asserts this action under the authority and provisions of the Miller

Act, 40 U.S.C.A. § 3131, *et seq.*, and in support of this cause of action alleges the following, to-

wit:

## PARTIES

1.

This action is brought in the name of the United States of America for the use and benefit

of Calcasieu Mechanical to recover amounts due for labor and materials provided in connection

with a public work and pursuant to the Miller Act.

2.

Calcasieu Mechanical is a Louisiana corporation with its principal place of business in

Calcasieu Parish, Louisiana.

3.

Made defendants herein are:

(i)    Jack Wayte Construction Co., Inc., a New Mexico corporation authorized to do and doing business in Louisiana and which has a principal place of business and registered office in Louisiana at 8550 United Plaza Building II, Ste. 305, Baton Rouge, Louisiana 70809;

(ii)   CMS Corporation, a foreign corporation not authorized to do but doing business in Louisiana which has its principal place of business in Indiana at 691 Industrial Blvd., Bargersville, Indiana 46106;

(iii)  JWC CMS JV (the "Joint Venture"), a joint venture between Jack Wayte Construction Co., Inc. and CMS Corporation which is not authorized to do business but is doing business in Louisiana and has a principal place of business in New Mexico at 7043 Highway 54/70, Alamogordo, NM 88310;

(iv)   Lexon Insurance Company ("Lexon") a foreign insurer organized and existing under the laws of the State of Texas and authorized to do and doing business in the State of Louisiana, who may be served through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

(v)    Ironshore Indemnity, Inc. ("Ironshore") a foreign insurer organized and existing under the laws of the State of Minnesota and authorized to do and doing business in the State of Louisiana, who may be served through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana; and

(vi)   Bond Safeguard Insurance Company ("Bond Safeguard") a foreign insurer organized and existing under the laws of the State of South Dakota and authorized to do and doing

business in the State of Louisiana, who may be served through the Louisiana Secretary of State,

8585 Archives Avenue, Baton Rouge, Louisiana 70809.

(hereinafter referred to jointly as "defendants")

# I.
# JURISDICTION AND VENUE

### 4.

This action arises under 40 U.S.C.A. § 3131, *et seq.*, also known as the Miller Act, which

provides this court with exclusive jurisdiction over the causes of action asserted against the

defendants named herein.  Further, this court has supplemental jurisdiction over the state law

claims pursuant to 28 U.S.C.A. § 1367(a).

### 5.

Venue is proper in this court inasmuch as the work required by the contract at issue was to

be performed, and was performed, in Vernon Parish, Louisiana, which is within the jurisdiction of

the United States District Court for the Western District of Louisiana, Lake Charles Division.

### 6.

Venue is mandatory in this judicial district pursuant to 40 U.S.C.A. § 3133(b), which

requires and action brought under the Miller Act to be filed in the United States District Court in

the location where the contract was performed regardless of the amount in controversy.

### 7.

In the further alternative, venue lies pursuant to 28 U.S.C.A. § 1391(b)(2) because a

substantial part of the events giving rise to the claim occurred in this juridical district and division

thereof.

## II.
## FACTUAL BACKGROUND

8.

The Joint Venture entered into Contract Number W9126G-14-D-0004-0005 (the "Prime Contract") with the United States Army Corps of Engineers ("Corps") to renovate Building 1162 DFAC at Fort Polk, Louisiana, Joint Venture Contract No. 162002(the "Project").

9.

On information and belief, neither CMS Corporation, Jack Wayte Construction Co., Inc., nor the Joint Venture is a contractor licensed by the Louisiana State Licensing Board for Contractors.

10.

On information and belief, neither CMS Corporation nor the Joint Venture are authorized to do business in the State of Louisiana.

11.

As required by the provisions of the Prime Contract and applicable federal law, a payment bond was issued for the project by Lexon Insurance Company as direct writing company and Bond Safeguard Insurance Company and Ironshore Indemnity, Inc. as reinsuring companies.  This Bond No. 1142814 was issued to secure the Joint Venture's performance on its payment obligations to Calcasieu Mechanical and is attached as Exhibit A (the "Bond").

12.

Calcasieu Mechanical is a licensed contractor under Louisiana law.

13.

On or about April 7, 2017, Calcasieu Mechanical executed a written subcontract with the Joint Venture (the "Subcontract"), which Subcontract is attached as Exhibit B, to provide services

and materials to the Joint Venture for the Project.  In particular, the services and materials to be provided by Calcasieu Mechanical are listed on Attachment B, Scope of Work and Schedule of Values, to Exhibit B and Calcasieu Mechanical Installed Equipment List attached as Exhibit C.

14.

Pursuant to and in accordance with said Subcontract, whether constituting evidence of a contract or quasi-contract, Calcasieu Mechanical provided the services and materials (the "Work") for the benefit of the Joint Venture on the Project.

15.

Calcasieu Mechanical performed the agreed upon Work, beginning approximately July, 2017 through approximately February 10, 2019, its last day on the Project, all as more fully set forth in the invoices attached hereto as Exhibit D, *in globo*.

16.

The Subcontract requires that all invoices submitted by Calcasieu Mechanical by the 25th of the month will be paid within seven (7) Days from receipt of payment by the Corps.  However, although the invoices were submitted on a timely basis the Joint Venture has failed and refused to timely pay the entire amounts due under said invoices, despite amicable demand, which are currently in arrears in the sum of $51,688.27.

17.

At all times pertinent hereto Calcasieu Mechanical performed its obligations pursuant to and in accordance with the Subcontract without any default in its performance, as is evidenced by the above referenced daily timesheets.

18.

By Notice of Nonpayment and Sworn Statement of Amounts Due Under Miller Act transmitted by certified letter dated May 9, 2019, Calcasieu Mechanical gave written notice to the Corps and to the defendants of Calcasieu Mechanical's claim against defendants and the Bond for the prosecution of Work on the Project, but the arrearages have not been paid.

19.

As a result of JWC's breach of contract or quasi-contract, Calcasieu Mechanical has incurred, and continues to incur significant costs and damages, including loss of use of funds, attorney's fees, costs, and interest.

**III.**
**SUIT ON MILLER ACT BOND**

20.

Calcasieu Mechanical repeats and realleges all allegations in Paragraphs 1 - 19 as if pled herein *in extenso*.

21.

Lexon, Ironshore, and/or Bond Safeguard undertook a direct obligation with the United States of America to act as the surety for this Project.  In accordance with that obligation, Lexon, Ironshore, and/or Bond Safeguard issued a Miller Act payment bond (i.e. the Bond) securing the debts and obligations of the Joint Venture, the prime contractor, for this Project.  This payment bond was issued for the protection of all persons supplying labor and materials in the prosecution of the Work provided for in the project, including Calcasieu Mechanical.

22.

In issuing, underwriting, insuring, and reinsuring the Bond (Exhibit A), Lexon, Ironshore, and/or Bond Safeguard are obligated, pursuant to the Bond to pay Calcasieu Mechanical all

amounts owed by the Joint Venture, including, without limitation, payment for the Work (i.e. the labor, materials, equipment, supplies and services) furnished in performance of its Subcontract and payment and all other amounts provided for in the Subcontract, for which the Joint Venture has failed to make payment.

## IV.
## SUIT ON STATE LAW CLAIMS

23.

Calcasieu Mechanical repeats and realleges all allegations in Paragraphs 1 - 22 as if pled herein *in extenso*.

24.

The Joint Venture is obligated to pay Calcasieu Mechanical for the latter's Work on the Project by virtue of the quasi-contract or contract between them.

25.

The amounts contracted for or otherwise owed by virtue of the quasi-contract between them are now due and owing to Calcasieu Mechanical for the Work it performed in accordance with the Subcontract.

26.

Defendants have refused without legal cause to pay Calcasieu Mechanical that which is due and owing, breaching both the quasi-contract or contract between them and breaching the Bond.

27.

On information and belief, the Joint Venture received payment form the Corps after issuance of a certificate of payment by an architect or engineer more than fourteen days ago for

some or all of the Work furnished by Calcasieu Mechanical but the Joint Venture has failed to pay such money to Calcasieu Mechanical, all in direct violation of R.S. 9:2784 and 9:4814.

28.

By virtue of the Joint Venture's bad faith breaches and misapplication of payments, the Joint Venture is liable for the amount claimed by Calcasieu Mechanical pursuant to R.S. 9:2784 and 9:4814.

29.

As a result of the above-described breaches and misapplication of payments, the Joint Venture is also liable to Calcasieu Mechanical for statutory penalties and attorney's fees provided by R.S. 9:2784.

30.

As joint venturers, Jack Wayte Construction Co., Inc. and CMS Corporation are liable to Calcasieu Mechanical for their virile share of any judgment in favor of the latter.

31.

Calcasieu Mechanical will accept the undisputed amount owed it by defendants and makes demand under Civil Code article 1861 for such undisputed amount reserving its right to claim the disputed part.

WHEREFORE, plaintiff, THE UNITED STATES OF AMERICA, for the use and benefit of Calcasieu Mechanical Contractors, Inc., prays that this Complaint be filed of record and after due proceedings are had there be judgment in its favor and against defendants, Jack Wayte Construction Co., Inc., CMS Corporation, JWC CMS JV, Lexon Insurance Company, Ironshore Indemnity, Inc., and Bond Safeguard Insurance Company, jointly, severally, and *in solido* in full

amount of $51,688.27, together with statutory penalties, interest, attorney fees, court costs, and all

other costs and for all general and equitable relief to which plaintiff may be entitled.

<div style="margin-left: 40%;">

**NORMAN BUSINESS LAW CENTER, LLC**

By:   **/s/ Merrick J. Norman, Jr.**
Merrick J. Norman, Jr., #10044
Joseph P. Norman, #36608
Judson M. Norman, # 37822
145 East St.
Lake Charles, LA 70601
Phone: (337) 436-7787
Fax: (337) 436-7758
rnorman@normanblc.com

</div>

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of American for Use and Benefit of Calcasieu Mechanical Contractors, Inc.

**(b)** County of Residence of First Listed Plaintiff    Calcasieu
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Merrick J. Norman, Jr., Norman Business Law Center, LLC, 145 East Street, Lake Charles, Louisiana 70601, (337) 436-7787

## DEFENDANTS

Jack Wayte Construction Co., Inc., CMS Corporation, JWC CMS JV, Lexon Insurance Company, Ironshore Indemnity, Inc., and Bond Safeguard Ins. Co.

County of Residence of First Listed Defendant    Otero
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3131, et seq.
Brief description of cause:
Subcontractor suit for nonpayment on federal construction project.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
51,688.27

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE   7/16/19
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**PAYMENT BOND**

*(See Instructions on reverse)*

| DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Control Number: 9000-0045 |
| --- | --- |
| October 5, 2016 | Expiration Date: 7/31/2019 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVV1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

JWC CMS JV
7043 N. Highway 54/70
Alamogordo, NM 88310

| TYPE OF ORGANIZATION *("X" one)* |
| --- |
| ☐ INDIVIDUAL    ☐ PARTNERSHIP |
| ☐ CORPORATION   ☐ OTHER *(Specify)*   ☐ JOINT VENTURE |

STATE OF INCORPORATION

**SURETY(IES)** *(Name(s) and business address(es))*

Lexon Insurance Company
10002 Shelbyville Road
Suite 100
Louisville, KY 40223

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| --- | --- | --- | --- |

| CONTRACT DATE | CONTRACT NUMBER |
| --- | --- |
| 09/28/2016 | W91266-16-D-0004-0005 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | |
| --- | --- | --- | --- |
| SIGNATURE(S) | 1. | 2. | 3. |
| | | | *(Seal)* |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. | | 2. | | *(Seal)* |
| --- | --- | --- | --- | --- | --- |
| NAME(S) *(Typed)* | 1. | | 2. | | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | Lexon Insurance Company 10002 Shelbyville Road Suite 100 Louisville, KY 40223 | STATE OF INCORPORATION TX | LIABILITY LIMIT $5,257,000.00 |
| --- | --- | --- | --- | --- |
| | SIGNATURE(S) | BY: *Regina Balabrek* | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. *Regina Balabrek, Partner.* | 2. | | |

| SIGNATURE(S) | BY: | 1. | 2. | Corporate Seal |
| --- | --- | --- | --- | --- |
| NAME(S) & TITLE(S) *(Typed)* | 1. Amy Meredith Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

11142814

tabbies®

EXHIBIT

A

## CORPORATE SURETY(IES) (Continued)

| | | STATE OF INCORPORATION | LIABILITY LIMIT | |
|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | $ | Corporate Seal |
| | SIGNATURE(S) 1. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed 'CORPORATE SURETY(IES)'. In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal" and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV. 8/2016) BACK

# POWER OF ATTORNEY

LX-284155

# Lexon Insurance Company

KNOW ALL MEN BY THESE PRESENTS, that LEXON INSURANCE COMPANY, a Texas Corporation, with its principal office in Louisville, Kentucky, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinetti, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Nelchter, Jessica Nowlin, Theresa Pickerell, Sheryon Quinn, Bonnie J. Rowe, Beth Frymire its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of LEXON INSURANCE COMPANY on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $10,000,000.00, Ten Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, LEXON INSURANCE COMPANY has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 5th day of August, 2015.

LEXON INSURANCE COMPANY



BY
David E. Campbell
President

## ACKNOWLEDGEMENT

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who be duly sworn, did depose and say that he is the President of LEXON INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of his office under the By-laws of said corporation.



BY
Amy Taylor
Notary Public

AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

## CERTIFICATE

I, the undersigned, Assistant Secretary of LEXON INSURANCE COMPANY, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this ___5th___ Day of _October_, 20_16_.

BY
Andrew Smith
Assistant Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

# REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND
### (See instructions on reverse)

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average .25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition (VAR), GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Lexon Insurance Company<br>10002 Shelbyville Road<br>Suite 100<br>Louisville, KY 40223 | October 5, 2016 |
| | 1B. STATE OF INCORPORATION |
| | Texas |
| 2. REINSURING COMPANY | 2A. AMOUNT OF THIS REINSURANCE ($) |
| Bond Safeguard Insurance Company<br>10002 Shelbyville Road<br>Suite 100<br>Louisville, KY 40223 | |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | October 5, 2016 |
| | 2C. STATE OF INCORPORATION |
| | South Dakota |

## 3. DESCRIPTION OF CONTRACT

| 3A. AMOUNT OF CONTRACT | | 3. DESCRIPTION OF CONTRACT | |
|---|---|---|---|

| 3B. CONTRACT DATE | 3C. CONTRACT NO. |
|---|---|
| September 28, 2016 | W912KG-16-D-0004-0005 |

3D. DESCRIPTION OF CONTRACT

Building 1162, DFAC Renovation
Fort Polk, Louisiana

3E. CONTRACTING AGENCY

US Army Corps of Engineers, Fort Worth District

## 4. DESCRIPTION OF BOND

| 4A. PENAL SUM OF BOND | | |
|---|---|---|
| 4B. DATE OF BOND | | 4C. BOND NO. |
| October 5, 2016 | | 1142814 |

4D. PRINCIPAL*

JWC CMS JV
7043 N Highway 54/70
Alamogordo, NM 88310

4E. STATE OF INCORPORATION   *(If Corporate Principal)*

## AGREEMENT:

(a) The Direct Writing Company, named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the performance bond, known as the Miller Act. The Direct Writing Company has applied to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and countersecured in the amount shown opposite the name of the Reinsuring Company (referred to as "the Amount of this Reinsurance"), of for whatever amount less than the Amount of this Reinsurance, the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

## TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance bond and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay the United States an amount equal to the "Amount of this Reinsurance." If the Direct Writing Company fails to pay the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company for the "Amount of this Reinsurance" of, in the case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

## WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal names, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

*(Over)*

STANDARD FORM 273 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(h)

## 5. DIRECT WRITING COMPANY

| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
|---|---|---|
| 5B(1) NAME AND TITLE (Typed)<br>Lynnette Long<br>Attorney-In-Fact | (2) NAME AND TITLE (Typed)<br>Amy Meredith<br>Bond Assistant | Corporate Seal |

## 6. REINSURING COMPANY

| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
|---|---|---|
| 6B(1) NAME AND TITLE (Typed)<br>Amy Meredith<br>Attorney-In-Fact | (2) NAME AND TITLE (Typed)<br>Lynnette Long<br>Bond Assistant | Corporate Seal |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT FOR A MILLER ACT PAYMENT BOND

*(See instruction on reverse)*

OMB No.:9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

**1. DIRECT WRITING COMPANY***

Lexon Insurance Company
10002 Shelbyville Road
Suite 100
Louisville, KY 40223

| | |
|---|---|
| **1A. DATE DIRECT WRITING COMPANY EXECUTED THIS AGREEMENT** | |
| October 5, 2016 | |
| **1B. STATE OF INCORPORATION** | |
| Texas | |

**2. REINSURING COMPANY***

Bond Safeguard Insurance Company
10002 Shelbyville Road
Suite 100
Louisville, KY 40223

| | |
|---|---|
| **2A. AMOUNT OF THIS REINSURANCE** | |
| **2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT** October 5, 2016 | |
| **2C. STATE OF INCORPORATION** | |
| South Dakota | |

| **3. DESCRIPTION OF CONTRACT** | |
|---|---|
| **3A. AMOUNT OF CONTRACT** | |
| **3B. CONTRACT DATE** September 28, 2016 | **3C. CONTRACT NO.** W91260-16-D-0004-0005 |
| **3D. DESCRIPTION OF CONTRACT** Building 1162, DFAC Renovation Fort Polk, Louisiana | |
| **3E. CONTRACTING AGENCY** US Army Corps of Engineers, Fort Worth District | |

| **4. DESCRIPTION OF BOND** | |
|---|---|
| **4A. PENAL SUM OF BOND** | |
| **4B. DATE OF BOND** October 5, 2016 | **4C. BOND NO.** 1142814 |
| **4D. PRINCIPAL*** JWC CMS JV 7043 N Highway 54/70 Alamogordo, NM 88310 | |
| **4E. STATE OF INCORPORATION** *(If Corporate Principal)* | |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has agreed to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor, but no contractual relationship expressed or implied with the contractor who furnished the payment bond) to the extent of the "Amount of the Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

**THEREFORE:**

1. The Reinsuring Company covenants and agrees –

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance"; and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance.

\*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.
Previous edition is usable

AUTHORIZED FOR LOCAL REPRODUCTION

*(Over)*

STANDARD FORM 274 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(f)

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of the Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by section 2(a) of the Miller Act (40 U.S.C. 270(a)) may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with this law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5.A.(1) SIGNATURE | (2) ATTEST SIGNATURE | |
| *Lynnette Long* | *Amy Meredith* | Corporate |
| 5B.(1) NAME AND TITLE (Typed) | (2) NAME AND TITLE (Typed) | Seal |
| Lynnette Long | Amy Meredith | |
| Attorney-In-Fact | Bond Assistant | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6.A.(1) SIGNATURE | (2) ATTEST SIGNATURE | |
| *Amy Meredith* | *Lynnette Long* | Corporate |
| 6B.(1) NAME AND TITLE (Typed) | (2) NAME AND TITLE (Typed) | Seal |
| Amy Meredith | Lynnette Long | |
| Attorney-In-Fact | Bond Assistant | |

INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(l).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 274 (REV. 10-98) BACK

POWER OF ATTORNEY

LX-284156

# Lexon Insurance Company

KNOW ALL MEN BY THESE PRESENTS, that LEXON INSURANCE COMPANY, a Texas Corporation, with its principal office in Louisville, Kentucky, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinetti, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Neichter, Jessica Novilin, Theresa Pickerell, Sheryon Quinn, Bonnie J. Rowe, Beth Frymire its true and lawful Attorney(s)-in-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of LEXON INSURANCE COMPANY on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-in-Fact to execute and deliver any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $10,000,000.00, Ten Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-in-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, LEXON INSURANCE COMPANY has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 5th day of August, 2015.

LEXON INSURANCE COMPANY

BY: _____
David E. Campbell
President

## ACKNOWLEDGEMENT

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who be duly sworn, did depose and say that he is the President of LEXON INSURANCE COMPANY, the corporation described in and which executed the above Instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.

BY: _____
Amy Taylor
Notary Public

AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

## CERTIFICATE

I, the undersigned, Assistant Secretary of LEXON INSURANCE COMPANY, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this _5th_ Day of October, 20 16.

BY: _____
Andrew Smith
Assistant Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance or claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

## POWER OF ATTORNEY

BSIC-268051

# Bond Safeguard Insurance Company

KNOW ALL MEN BY THESE PRESENTS, that **BOND SAFEGUARD INSURANCE COMPANY**, a South Dakota Corporation with its principal office in Sioux Falls, South Dakota, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinelli, Mark A. Guidry, Jill Kemp, Lynnetta Long, Amy Meredith, Deborah Neichter, Jessica Nowlin, Theresa Pickerrell, Sheryon Quinn, Bonnie J. Wortham, Beth Frymire its true and lawful Attorney(s)-in-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of **BOND SAFEGUARD INSURANCE COMPANY** on the 7th day of November, 2001 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-in-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond, $5,000,000.00, Five Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-in-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-in-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed to by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond or undertaking to which it as attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, **BOND SAFEGUARD INSURANCE COMPANY** has caused this instrument to be signed by its President, and its Corporate seal to be affixed this 5th day of August, 2015.

**BOND SAFEGUARD INSURANCE COMPANY**

BY: _David E. Campbell_
David E. Campbell
President

### ACKNOWLEDGEMENT

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who being duly sworn, did depose and say that he is the President of **BOND SAFEGUARD INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.

BY: _Amy Taylor_
Amy Taylor
Notary Public

AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

### CERTIFICATE

I, the undersigned, Assistant Secretary of **BOND SAFEGUARD INSURANCE COMPANY**, A South Dakota Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the foregoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Sealed at Mount Juliet, Tennessee this _5th_ Day of _October_ 20 _16_.

BY: _Andrew Smith_
Andrew Smith
Assistant Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

# REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND
(See instructions on reverse)

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average .25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Lexon Insurance Company 10002 Shelbyville Road Suite 100 Louisville, KY 40223 | October 5, 2016 |
| | 1B. STATE OF INCORPORATION |
| | Texas |
| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE (4) |
| Ironshore Indemnity Inc. PO Box 3407 New York, NY 10008 | |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT     October 5, 2016 |
| | 2C. STATE OF INCORPORATION     Minnesota |

## 3. DESCRIPTION OF CONTRACT

| 3A. AMOUNT OF CONTRACT | | 4. DESCRIPTION OF BOND |
|---|---|---|
| 3B. CONTRACT DATE September 20, 2016 | 3C. CONTRACT NO. W912K6-16-D-0004-0005 | 4A. PENAL SUM OF BOND |
| 3D. DESCRIPTION OF CONTRACT | | 4B. DATE OF BOND   October 5, 2016 |
| Building 1162, DFAC Renovation Fort Polk, Louisiana | | 4C. BOND NO.   1142814 |
| 3E. CONTRACTING AGENCY | | 4D. PRINCIPAL* |
| US Army Corps of Engineers, Fort Worth District | | JVIC CMS JV 7043 N Highway 54/70 Alamogordo, NM 88310 |
| | | 4E. STATE OF INCORPORATION  (If Corporate Principal) |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States in the collection of information and the United States in any other construction, alteration, or repair of public buildings or public work of the United States, known as the Miller Act, for the amount of this Reinsurance," of any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company referred to as the "Amount of this Reinsurance," or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance bond and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of this Reinsurance," or "the Amount of this Reinsurance" the Direct Writing Company fails to pay the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in the case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D – Furnish legal name, business address and ZIP Code.
AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

(Over)

STANDARD FORM 273 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(n)

## 5. DIRECT WRITING COMPANY

| 5.A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
|---|---|---|
| 5.B(1) NAME AND TITLE (Typed)<br>Amy Meredith<br>Attorney-In-Fact | (2) NAME AND TITLE (Typed)<br>Lynnette Long<br>Bond Assistant | Corporate<br>Seal |

## 6. REINSURING COMPANY

| 6.A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
|---|---|---|
| 6.B(1) NAME AND TITLE (Typed)<br>Lynnette Long<br>Attorney-In-Fact | (2) NAME AND TITLE (Typed)<br>Amy Meredith<br>Bond Assistant | Corporate<br>Seal |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT FOR A MILLER ACT PAYMENT BOND

*(See instruction on reverse)*

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Lexon Insurance Company 10002 Shelbyville Road Suite 100 Louisville, KY 40223 | October 5, 2016 |
| | 1B. STATE OF INCORPORATION |
| | Texas |
| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE |
| Ironshore Indemnity Inc. PO Box 3407 New York, NY 10008 | |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT  October 5, 2016 |
| | 2C. STATE OF INCORPORATION |
| | Minnesota |

## 3. DESCRIPTION OF CONTRACT

| 3A. AMOUNT OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| | 4A. PENAL SUM OF BOND |
| 3B. CONTRACT DATE  September 28, 2016 | 3C. CONTRACT NO.  W912BG-16-D-0004-0005 | 4B. DATE OF BOND  October 5, 2016 | 4C. BOND NO.  1142814 |
| 3D. DESCRIPTION OF CONTRACT | 4D. PRINCIPAL* |
| | JWC CMB JV 7043 N Highway 54/70 Alamogordo, NM 88310 |
| Building 1182, DFAC Renovation Fort Polk, Louisiana | |
| 3E. CONTRACTING AGENCY | 4E. STATE OF INCORPORATION *(if Corporate Principal)* |
| US Army Corps of Engineers, Fort Worth District | |

## AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has agreed to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Reinsuring Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement mutually covenant and agree to the terms and conditions of this agreement.

## TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above thereinafter referred to as "laborers and materialmen", the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss and unpaid by the Direct Writing Company to the "laborers and materialmen" or for any sum less than the "Amount of this Reinsurance," that is owing, and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make this Reinsurance, "that is owing" and unpaid by the Direct Writing Company to the "laborers and materialmen" obligee under this Reinsurance Agreement to the same extent as if their respective names were written herein.

## THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance"; and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company, in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.

AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is usable

*(Over)*

STANDARD FORM 274 (REV. 10-98) Prescribed by GSA - FAR (48 CFR) 53.228(l)

2.  The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond, for the "Amount of this Reinsurance," or more, the persons given in "right of action" or a "right to sue" on the payment bond by section 2(e) of the Miller Act (40 U.S.C. 270b(b)) may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of this Reinsurance is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be.  The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court.  It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3.  The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4.  The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | |
|---|---|
| 5.A.(1) SIGNATURE | (2) ATTEST SIGNATURE |
| | |
| 5.A.(1) NAME AND TITLE (Typed) | (2) NAME AND TITLE (Typed) |
| Amy Meredith | Lynnelle Long |
| Attorney-In-Fact | Bond Assistant |
| | Corporate Seal |

| 6. REINSURING COMPANY | |
|---|---|
| 6.A.(1) SIGNATURE | (2) ATTEST SIGNATURE |
| | |
| 6.A.(1) NAME AND TITLE (Typed) | (2) NAME AND TITLE (Typed) |
| Lynnelle Long | Amy Meredith |
| Attorney-In-Fact | Bond Assistant |
| | Corporate Seal |

INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act payment bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

STANDARD FORM 274 (REV. 10-98) BACK

# POWER OF ATTORNEY

LX-284157

# Lexon Insurance Company

KNOW ALL MEN BY THESE PRESENTS, that LEXON INSURANCE COMPANY, a Texas Corporation, with its principal office in Louisville, Kentucky, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusihett, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Neichter, Jessica Nowlin, Theresa Pickerrell, Sheryon Quinn, Bonnie J. Rowe, Beth Frynire its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of LEXON INSURANCE COMPANY on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $10,000,000.00, Ten Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, LEXON INSURANCE COMPANY has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 5th day of August, 2015.

LEXON INSURANCE COMPANY

BY _____
David E. Campbell
President

## ACKNOWLEDGEMENT

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who be duly sworn, did depose and say that is the President of LEXON INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.

BY _____
Amy Taylor
Notary Public

AMY TAYLOR
Notary Public-State of Tennessee
Davidson County
My Commission Expires 07-08-19

## CERTIFICATE

I, the undersigned, Assistant Secretary of LEXON INSURANCE COMPANY, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this _____ Day of October, 20 16.

BY _____
Andrew Smith
Assistant Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, Information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

# POWER OF ATTORNEY

Ironshore Indemnity Inc.

Reinsurance

KNOW ALL MEN BY THESE PRESENTS, that IRONSHORE INDEMNITY INC., a Minnesota Corporation, with its principal office in New York, NY does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Sandra L. Fusinetti, Deborah Neichter, Jill Kemp, Theresa Pickerell, Sheryon Quinn, Bonnie J. Rowe, Amy Meredith, Lynnette Long, Barbara Duncan, Mark A. Guidry, Michele Lacrosse, Jessica Nowlin, Michael Dix and Summer A. Betting its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of IRONSHORE INDEMNITY INC. on the 22nd day of April, 2013 as follows:

Resolved, that the Director of the Company is hereby authorized to appoint and empower any representative of the company or other person or persons as Attorney-in-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $5,500,000 dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the Director and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond or undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, IRONSHORE INDEMNITY INC. has caused this instrument to be signed by its Director, and its Corporate Seal to be affixed this 2nd day of July, 2013.

IRONSHORE INDEMNITY INC.

By: _____
Daniel L. Sussman
Director

## ACKNOWLEDGEMENT

On this 2nd day of July, 2013, before me, personally came Daniel L. Sussman to me known, who being duly sworn, did depose and say that he is the Director of Ironshore Indemnity Inc., the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.



AMY TAYLOR
Notary Public-State of Tennessee
Davidson County
My Commission Expires 07-08-19

_____
Amy Taylor
Notary Public

## CERTIFICATE

I, the undersigned, Secretary of IRONSHORE INDEMNITY INC., a Minnesota Company, DO HEREBY CERTIFY that the original Power of Attorney of which the foregoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Sealed at this 9th Day of _October_ 20 16

_____
Paul S. Giordana
Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance or statement of claim containing any materially false information, or commits for the purpose of misleading information concerning any fact material thereto, commits a fraudulent Insurance act, which is a crime and subjects such person to criminal and civil penalties."



7043 Highway 54/70, Alamogordo, NM 88310, Phone (575) 437-6657, Fax (575) 437-6658

April 07, 2017

Calcasieu Mechanical Contractors, Inc.
Attn: Christina Mouton
3121 Country Club Road
Lake Charles, LA 70605
P: 337-477-0097
E: christina@calmech.net

RE: Subcontract Order No.162002-07
Job Name: B1162 DFAC Renovations
Job Location: Fort Polk, LA

Dear Christina,

Enclosed you will find the following:

- Subcontract Order
- Attachment A–Subcontract Agreement.  **Initial each page, sign, date and return the original.**
- Attachment B–Scope of Work.  **Sign, date and return the original.**
- Attachment C & D–Client furnished drawings and specifications
- Attachment E–Supplemental Contract Clauses
- Attachment F–Contractor Supplied Forms
  - o    Exhibit 1–Subcontractor Change Order Agreement
  - o    Exhibit 2–Application for Payment
  - o    Exhibit 3–Interim/Final Lien Waiver
  - o    Exhibit 4–Insurance Requirements Letter.  **Send an insurance certificate.**
  - o    Exhibit 5–Standard Form 1413 Statement of Acknowledgment.  **List Intermediate Subcontractors in section 14 of the form, if not applicable write "NONE". Sign, date and return.**
  - o    Exhibit 6–Performance and Payment Bonds. Send Surety signed and sealed originals.
  - o    Exhibit 7–Subcontractor Daily Report
  - o    Exhibit 8–Prime Contract Documents
- Attachment G–Applicable Davis Bacon or Service Contract Act Wage Determination
- Attachment H – Schedule

**Please return the above-mentioned items along with a W-9.  We'll sign and return a copy of all documents for your records.**

If you have any questions, please feel free to email or call.

Regards,

Clay Stirman – Project Manager
JWC CMS JV
cstirman@jackwayteconstruction.com
Phone: 575-437-6657 Ext. 105
Cell: 575-551-2802

(01)_2017_0208



| SUBCONTRACT NO.: | 162002-07 | DATE: 04/07/2017 | PROJECT NO.: 162002 |
|---|---|---|---|
| PRIME CONTRACT NO.: | W912G6-14-D-0004 | TO#: | 0005 |

| SUBCONTRACTOR | JOB LOCATION | JWC CMS JV PROJECT MANAGER |
|---|---|---|
| Name: Calcasieu Mechanical Contractors, Inc. | Building 1162 DFAC Renovation | Clay Stirman |
| Address: 3121 Country Club Road | Fort Polk, LA 71459 | Phone: 575-551-2802 |
| City/State/Zip: Lake Charles, LA 70605 | | Email: cstirman@jackwayteconstruction.com |
| Attn: Christiana Mouton | | |
| Phone: 337-477-0097 | CLIENT | INVOICE TO: |
| Email: christina@calmech.net | US Army Corps of Engineers | All invoices shall be mailed to: Accounts Payable, JWC CMS JV, PO BOX 648, Alamogordo, NM 88311. Failure to mail invoices could result in delay of payment |
| | Ft Worth District | |

*INVOICES MUST REFERENCE THIS SUBCONTRACT NUMBER AND JOB NUMBER OR THEY WILL BE REJECTED*

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT COMPLETED LIEN WAIVERS WITH EACH INVOICE. SUBCONTRACTOR INVOICES MUST INCLUDE
SUBCONTRACTOR'S INVOICE NUMBER

The following apply to this Subcontract Order if marked with an "X"

- ☐ THIS SUBCONTRACT WILL BE EXECUTED AS A FIRM FIXED PRICE
- ☐ THIS SUBCONTRACT WILL BE EXECUTED AS A UNIT PRICE NOT TO EXCEED. THE SUBCONTRACTOR WILL INVOICE FOR ACTUAL QUANTITIES RECEIVED AND/OR PERFORMED AT THE UNIT PRICE LISTED FOR EACH LINE ITEM NOT TO EXCEED THE TOTAL ESTIMATED VALUE OF THIS SUBCONTRACT. ANY ADDITIONAL QUANTITIES FOR EACH LINE ITEM WILL NOT BE PAID UNLESS APPROVED BY A JWC CMS JV PROJECT MANAGER AND A FORMAL CHANGE ORDER EXECUTED BY THE JWC CMS JV PROCUREMENT DEPARTMENT
- RETAINAGE _____ 5 _____ %
- ☒ THIS ORDER REQUIRES 100% PAYMENT AND PERFORMANCE BONDS AND MUST BE INCLUDED ON JWC CMS JV BOND FORMS
- ☒ THIS ORDER REQUIRED CERTIFICATE OF INSURANCE TO INCLUDE GENERAL LIABILITY, AUTO & WORKERS COMP AND MUST INCLUDE JWC CMS JV AND CLIENT AS ADDITIONAL INSURED
- ☒ THIS ORDER REQUIRES CONTRACTORS POLLUTION AND/OR PROFESSIONAL E&O INSURANCE COVERAGE
- ☒ THIS ORDER IS SUBJECT TO PREVAILING WAGES AND REQUIRED WEEKLY SUBMISSION OF CERTIFIED PAYROLLS.
- ☐ THIS IS A NA DPAS RATED ORDER CERTIFIED FOR NATIONAL DEFENSE USE AND SUBJECT TO THE REQUIREMENTS OF THE DEFENSE PRIORITIES ALLOCATION SYSTEM REGULATION (15 CFR 700)

The following attachments, if marked with an "X", are made part of this Subcontract Order:

- ☒ A - SUBCONTRACTOR TERMS AND CONDITIONS
- ☒ B - SCOPE OF WORK AND SCHEDULE OF VALUES
- ☒ C - CLIENT FURNISHED SPECIFICATIONS (Already provided to subcontractor)
- ☒ D - CLIENT FURNISHED DRAWINGS (Already provided to subcontractor)
- ☒ E - FAR FLOWDOWN CLAUSES (As provided in the Prime Contract)
- ☒ F - CONTRACTOR SUPPLIED FORMS
- ☒ G - APPLICABLE WAGE DETERMINATIONS (Already provided to subcontractor)
- ☒ H - PROJECT SCHEDULE (REFER TO PROJECT MANAGER FOR UPDATES)

ALL WORK TO BE PERFORMED AS DESCRIBED WITHIN THIS DOCUMENT AND THE ATTACHED FOR THE TOTAL PRICE OF **$3,322,037.00**
THE PRICE IS INCLUSIVE OF ALL TAXES AND FREIGHT. JWC CMS JV SHALL HAVE NO LIABILITY FOR ANY OTHER EXPENSE OR COSTS
INCURRED BY SUBCONTRACTOR, EXCEPT PURSUANT TO AN APPROVED, WRITTEN, CHANGE ORDER. PAYMENT WILL BE MADE
ACCORDING TO THE SUBCONTRACT. AN EXECUTED COPY OF THE SUBCONTRACT, AND ALL REQUIRED DOCUMENTS ARE TO BE RETURNED
TO: cstirman@jackwayteconstruction.com or mail to Jack Wayte Construction Co., Inc., PO Box 648, Alamogordo, NM 88311

The parties acknowledge that there has been an opportunity to negotiate the terms and conditions of this Subcontract and agree to be bound
accordingly. EXECUTED by duly authorized representatives of the Parties:

| JV: JWC CMS JV | Calcasieu Mechanical Contractors, Inc |
|---|---|
| By: | By: |
| Print: Regina Babcock | Print: |
| Title: Managing Partner | Title: |
| Date: | Date: |



Subcontract - JWC CMS JV (02) 2017_0127

ATTACHMENT A

TERMS AND CONDITIONS

Subcontractor Name:  ___Calcasieu Mechanical Contractors, Inc___     Subcontract No:  ___162002-07___

## ATTACHMENT A

## SUBCONTRACTOR AGREEMENT

## TABLE OF CONTENTS

ARTICLE 1.    DEFINITIONS ................................................................................................ 2
ARTICLE 2.    SCOPE OF WORK ......................................................................................... 3
ARTICLE 3.    PROVISION OF LABOR AND MATERIALS ................................................. 3
ARTICLE 4.    SCHEDULE .................................................................................................... 4
ARTICLE 5.    DILIGENT AND TIMELY PERFORMANCE ................................................. 5
ARTICLE 6.    CHANGES IN THE WORK ........................................................................... 6
ARTICLE 7.    DEFAULT ....................................................................................................... 9
ARTICLE 8.    PAYMENT OF LABOR AND MATERIALS ................................................ 10
ARTICLE 9.    SURETY BONDS .......................................................................................... 10
ARTICLE 10.   HEALTH AND SAFETY ............................................................................... 11
ARTICLE 11.   INSPECTIONS AND APPROVALS .............................................................. 12
ARTICLE 12.   PERMITS AND LICENSE ............................................................................. 13
ARTICLE 13    DIFFERING SITE CONDITIONS ................................................................. 13
ARTICLE 14.   PAYMENT .................................................................................................... 14
ARTICLE 15.   TAXES/DUTIES/FEES .................................................................................. 15
ARTICLE 16.   SUCCESSORS AND ASSIGNS ..................................................................... 16
ARTICLE 17.   CONSTRUCTION .......................................................................................... 16
ARTICLE 18.   INDEMNITY AND LIABILITY ..................................................................... 17
ARTICLE 19.   INSURANCE .................................................................................................. 17
ARTICLE 20.   DOCUMENTS ................................................................................................ 19
ARTICLE 21.   TERMINATION ............................................................................................. 19
ARTICLE 22.   OTHER AFFILIATION/CONFIDENTIALITY ............................................... 19
ARTICLE 23.   REPRESENTATIONS AND CERTIFICATIONS ............................................ 20

Subcontractor Name: ___Calcasieu Mechanical Contractors, Inc___   Subcontract No: ___162002-07___

This Subcontract is entered into by and between JV and Subcontractor as of the date indicated on the Purchase Order. In and for the consideration contained herein, the value of which is acknowledged, the parties agree as follows:

## ARTICLE 1.    DEFINITIONS

1.1    As used in this Subcontract, unless a different meaning clearly appears from the context:

1.1.1    "Architect" or "Engineer" means the person or firm above named as Architect or any other person, firm, or corporation retained by the Owner to provide engineering and/or design services for the Project.

1.1.2    "JV" means JWC CMS JV, retained by agreement with Client to provide construction management services.

1.1.3    "Client" means the person or entity named as Client in the Contract Documents.

1.1.4    "Day" means calendar Day unless otherwise specifically designated.

1.1.5    "Project" means the Project identified in the Contract Documents and is sometimes used interchangeably with the "Work"

1.1.6    "Work" means the services required by the Purchase Order and Contract Documents, whether completed or partially completed, the total construction to be performed hereunder.

1.1.7    "Purchase Order" means the Purchase Order issued by JV to the Subcontractor for this Work.

1.1.8    "Subcontract Amount" means the sum specified in the Purchase Order, as may be modified by JV.

1.1.9    "Job Site" means the location where the Work is to be performed

Certain other words, terms, and phrases used in this Subcontract shall have the meanings given to them by the Contract Documents.

1.2    **Prime Contract** – Subcontractor acknowledges that JV has entered into an agreement between JV and the Client for this Project (the "Prime Contract"), for services in connection with the Project. Subcontractor agrees to be bound to JV in the same manner and to the same extent as JV is bound to the Client under the Prime Contract. In the event of conflict between a provision of the Prime Contract and this subcontract, the provision that imposes the more stringent requirement on the Subcontractor will prevail. For the best coordination of the Work by JV, Subcontractor is only permitted to contact the Client regarding issues relative to the Work under this Subcontract or this Subcontract through JV.

1.3    **Contract Documents** – The contract documents (the "Contract Documents") consist of the Prime Contract, this agreement, the Purchase Order, drawings (the "Drawings") general and special specifications (the "Specifications"), all exhibits, schedules, bulletins, and addenda relating to any of the foregoing issued prior to the execution of this Subcontract and all modifications issued subsequent thereto. All of the above shall form the Subcontract (the

Subcontract Agreement - JWC CMS JV (03) 2014_1105

Subcontractor Initials ___
JV Initials ___

Subcontractor Name:   Calcasieu Mechanical Contractors, Inc   Subcontract No:   162002-07

1.4   "Subcontract") between the parties hereto and all are as fully a part of this Subcontract as if attached hereto or fully set forth herein.

1.4.1   **Subcontractor's Acceptance** – This Subcontract expressly limits acceptance of the terms and conditions stated herein and any additional or different terms proposed by the Subcontractor (e.g. contained in and Subcontractor proposal or form contract) are rejected unless expressly assented to in writing by JV. No contract shall exist except as herein above provided.

1.4.1   Performance of any Work by the Subcontractor shall be deemed as Subcontractor's acceptance of all terms and conditions contained in the Contract Documents.

1.5   **Relationship between the Parties** – The relationship between JV and Subcontractor shall be limited to the performance of services as set forth in this Subcontract and shall not constitute a joint venture, partnership, or employer-employee relationship. Neither JV nor Subcontractor may obligate the other to any expense or liability outside of the Subcontract except upon written consent of the other.

1.5.1   If the Subcontractor consists of more than one person or entity, then the Subcontractor's obligations and liabilities under this Subcontract shall be joint and severally shared and the Subcontractor shall identify for JV in writing the person or entity with whom JV is to deal, which person or entity shall be irrevocably authorized to act on behalf and bind all such persons and entities.

## ARTICLE 2.   SCOPE OF WORK

2.1   The Work to be performed and materials to be furnished by the Subcontractor are set forth in the Purchase Order and the Contract Documents. Subcontractor represents and warrants that all Work performed by it pursuant to this Subcontract (a) will conform with the terms of this Subcontract; (b) will be performed in a good, skillful, and workmanlike manner; (c) will be performed by the proper number of experienced, skilled, and licensed personnel, qualified by education and/or experience to perform their assigned tasks; and (d) will conform to the standard of care, skill, and diligence exercised by other similar professionals performing the same or similar services.   Further, all services shall be performed in accordance with the compliance and guidance documents set forth in the Prime Contract Statement of Work and any plans, general requirements or technical specifications provided by JV to Subcontractor.

## ARTICLE 3.   PROVISION OF LABOR AND MATERIALS

3.1   Subcontractor agrees to furnish and pay for all labor and supervision (said labor and supervision to be limited strictly to persons who will work in reasonable harmony with other persons on the Project and who are reasonably satisfactory to Client and JV), tools, apparatus, supplies, equipment and services, and also to furnish, deliver, install and pay for all materials necessary for the performance and completion of the Work described in the Purchase Order, "Scope of Work," free from all claims of laborers, material suppliers,

subcontractors, and all others making claims through the Subcontractor. At all times that Subcontractor has personnel at the Project site, it shall also have present a competent, English speaking, authorized representative of Subcontractor who shall supervise and direct Subcontractor's personnel and be responsible for their actions. Such representative shall be authorized to act on behalf of the Subcontractor and communications to such representative shall be binding upon Subcontractor. All services required hereunder shall be performed to the reasonable satisfaction of Client and JV, in strict accordance with the Contract Documents. Subcontractor shall perform hereunder at the direction of JV. Subcontractor warrants and represents that it is expert and experienced in the kind of work to be performed under this Subcontract.

3.2     In the event that any deviations from the Contract Documents are incorporated in any shop drawings of or by Subcontractor, such deviations and the reasons for such deviations shall be fully explained in writing to JV and Architect at the time such shop drawings are submitted. Failure to so specify and explain any such deviation shall automatically void any inadvertent approval of the same by JV or Architect.

3.3     Subcontractor agrees to adhere strictly to the requirements of the Contract Documents unless, prior to the beginning of its work, Subcontractor formally objects in writing to certain specific items or apparent discrepancies as being inadequate or unsuitable to accomplish the desired results, and JV has specifically agreed to a remedial solution in writing. Subcontractor agrees to cooperate in carrying out JV's quality assurance program including, but not limited to, furnishing necessary documentation and facilitating inspections and quality checks.

3.4     At all times during the performance of work, Subcontractor shall remove from the job site and vicinity all debris, rubbish and surplus materials resulting from the Work. Upon completion of the Work, Subcontractor shall leave the jobsite and vicinity clean and ready for use. Subcontractor shall promptly comply with JV's reasonable request to perform such cleanup at any time, or periodically during work progress. JV reserves the right to backcharge Subcontractor for cleanup work not performed as specified herein.

**ARTICLE 4.     SCHEDULE**

4.1     Subcontractor's Work shall be performed according to the schedule outlined by JV, which may be modified per the instructions of the JV Project Manager. Time is of the essence in the performance of the Work. Subcontractor shall schedule its operations so as to proceed with the orderly construction and completion of his work on or before the completion date. Subcontractor should not assume that construction could be carried out in a continuous, uninterrupted manner. Subcontractor agrees to coordinate its work with any other work to be done on the job by any other contractors whose work may overlap or conflict with the scope of the Work under this Subcontract. In the event of conflicts, Subcontractor agrees to abide by the resolutions and decisions of JV. Any extension of the Subcontract completion date or any portions thereto which may become pertinent and critical in timing during the completion of the Subcontract may only be granted by JV in writing, properly executed and

## ARTICLE 5.    DILIGENT AND TIMELY PERFORMANCE

5.1    Subcontractor agrees to commence, pursue, and complete the Work diligently, in such sequence and according to such schedule, as JV shall establish from time to time during the course of the Work, and to perform the Work so as not to delay any other trades or contractors, time being of the essence of this Subcontract. Any written dates furnished by Subcontractor and approved by JV for delivery of materials, samples, shop drawings, etc., shall become part of this Subcontract. Subcontractor shall immediately notify JV in writing of any interruption on the Project or late delivery that causes or may cause a delay in Subcontractor's performance. No extension of the completion date shall be permitted unless approved in writing by JV. Subcontractor shall be responsible for any losses or penalties incurred as a result of delays in completing its Work including, but not limited to any liquidated damages assessed against JV by the Client and any increased costs incurred by JV as a consequence of such delays. Subcontractor shall work overtime or shift work if deemed necessary, in the judgment of JV, to maintain the progress of the Work. Any such overtime or shift work required to maintain progress or to complete the Work on a timely basis shall be at Subcontractor's expense and shall not be charged to JV unless specifically agreed to in writing by JV prior to the commencement of such overtime or shift work.

5.2    Subcontractor shall not be entitled to extra compensation for any suspension, delay, or acceleration not specifically allowed and paid to JV by its Client or others for Subcontractor's benefit. In the event that JV obtains additional compensation from the Client or others for delay or interference, Subcontractor shall be entitled to share pro rata in such additional compensation, as determined in the good faith judgment of JV.

5.3    Extensions of time shall be provided to Subcontractor only to the extent that (a) the suspension or delay is caused by a condition outside of Subcontractor's reasonable control and without the fault or negligence of Subcontractor; and (b) the condition was not foreseeable by Subcontractor at the time this Subcontract was entered into; and (c) Subcontractor provides written notice of the condition, its cause, and the anticipated amount of delay to JV within five (5) Days of the commencement of any such delay; and (d) a time extension is obtained from the Client.

5.4    Costs caused by delays or by improperly timed activities or defective construction shall be borne by Subcontractor or other subcontractor(s) responsible therefor. JV shall not be responsible to Subcontractor for costs incurred by Subcontractor because of delays, improperly timed activities, damage to the Work or defective construction of a separate subcontractor and all subcontractors expressly waive the right to make such a claim. Nevertheless, each subcontractor agrees that any other subcontractor may assert a claim or file a lawsuit against any other subcontractor pursuant to this subparagraph. As an alternative to reimbursement, JV can make an equitable deduction from the Subcontract

Amount if JV finds it necessary to pay a separate subcontractor, because of delays, improperly timed activities, poor workmanship, or defective construction by Subcontractor.

5.5    Subcontractor shall cooperate fully with JV in providing any information requested by JV to prepare schedules for the Project, including, but not limited to, detailed information concerning the sequence and beginning and ending dates of activities, costs related to such activities, and any information requested for Critical Path Method scheduling if used for the Project. The costs of all such activities on the part of Subcontractor are included in the Subcontract Amount

5.6    If any utility service must be disconnected (even temporarily) due to scheduled subcontract Work, the Subcontractor shall notify the JV Representative at least 10 calendar Days in advance of such interruption.

5.7    In the event of any dispute under this Subcontract or as to the Work to be performed, Subcontractor shall continue to diligently perform the Work as directed by JV without interruption, deficiency, or delay.

## ARTICLE 6.    CHANGES IN THE WORK

6.1    Changes in the Work may be accomplished after execution of the Subcontract and without invalidating this Subcontract, by Change Order, Change Directive, or order for Minor Change in the Work, subject to the limitations stated in this Article 6 and elsewhere in the Contract Documents.

6.1.1    A Change Order is a written direction to the Subcontractor, signed by JV and the Subcontractor that modifies the Subcontractor's (a) scope, and/or (b) schedule and/or (c) cost;

6.1.2    A Change Directive is a written direction to the Subcontractor, signed by JV and may or may not be agreed to by the Subcontractor, which unilaterally modifies the Subcontractor as to Subcontractor's (a) scope, and/or (b) schedule and/or (c) cost. Change Orders issued by JV and not executed by the Subcontractor within ten (10) calendar Days of issuance shall be deemed to be Change Directives.

6.1.3    A Minor Change in the Work is a change in the Work that does not modify the Subcontractor's (a) scope, and/or (b) schedule and/or (c) cost and is not inconsistent with the intent of the Contract Documents and for which the Subcontractor shall not be entitled to any additional compensation or schedule adjustment.

6.1.4    Only the JV Procurement Department is authorized to issue Change Orders and Change Directives.

6.1.5    The JV Project Manager and the JV Project Superintendent are authorized to issue Minor Changes in the Work.

6.1.6    Changes in the Work performed by the Subcontractor without receipt of a Change Order or Change Directive issued by the JV Procurement Department shall be performed at the Subcontractor's own risk and cost and deemed to be Minor Changes in the Work.

Subcontractor Name:  _____Calcasieu Mechanical Contractors, Inc_____      Subcontract No:  _____162002-07_____

6.1.7   Subcontractor agrees to perform such changed or additional work within its trade and related to its Scope of Work upon request of JV. JV may initiate Change Orders for itself, at the request of the Client, or at the request of Subcontractor as hereinafter set forth. A Change Order or request by Subcontractor for a Change Order shall be in writing and in the form specified by JV.

6.2   In the event that JV directs Subcontractor to perform extra work, additional work or changed work, Subcontractor agrees that it will promptly perform and diligently complete such work whether or not JV and Subcontractor have agreed on the cost of such work. Subcontractor shall submit to JV a lump sum or guaranteed maximum price proposal for such work, which proposal shall include a detailed cost breakdown for each component of the work, indicating both quantities and unit prices, and such proposal shall be submitted to JV not later than 10 Days after such proposal is requested by JV. If a lump sum price, guaranteed maximum price, or unit price for the extra work cannot be agreed upon, Subcontractor agrees to do the work on the basis of its actual cost, plus percentage fees for overhead and profit as specified herein. Subcontractor shall not commence additional work unless such work is first expressly authorized by JV in writing.  Unless otherwise provided in the Contract Documents, costs for the purposes of this Article 6.2 shall be limited to the following:

6.2.1   costs of labor, including social security, old age, and unemployment insurance, fringe benefits required by agreement or custom, and workers; compensation insurance;

6.2.2   costs of materials, supplies, and equipment, including costs of transportation, whether incorporated or consumed;

6.2.3   rental costs of machinery and equipment, exclusive of hand tools, whether rented from Subcontractor or others;

6.2.4   costs of premiums for all bonds and insurance, permit fees, and sales, use or similar taxes related to the Work;

6.2.5   additional costs of supervision and field office personnel directly attributable to the change.

6.3   In the event that Subcontractor performs any such authorized additional work on other than a lump-sum basis, it shall furnish each Day to JV, duplicate time sheets, material tickets, and a statement of all other charges, securing on each thereof the signature of JV. Copies of all such signed copies of time sheets, material tickets, and statements shall accompany Subcontractor's application for payment. Failure to meet these requirements may result in rejection of the payment applications.

6.4   Should JV require the Subcontractor to omit any Work required under this Subcontract, Subcontractor agrees to omit such Work, and JV will issue a Change Order reducing the Subcontract Amount by the value of the omitted Work based upon the Subcontractor's schedule of values or if no schedule of values was submitted by subcontractor then upon the reasonable value of the omitted Work based upon a percentage of the total value of the

Subcontractor Initials _____
JV Initials _____

Subcontractor Name: ___Calcasieu Mechanical Contractors, Inc___ Subcontract No: __162002-07__

6.5 Subcontractor's Work as determined by JV, including overhead and profit attributable to such Work.

6.6 In the event of any dispute, controversy, or claim for additional compensation or time extensions, notice in writing shall be given to JV no later than five (5) Days following the occurrence on which claim is based. Any claim not presented within such time period shall be deemed waived by Subcontractor. Such notice shall describe the dispute, controversy or claim in detail so as to allow JV to review its merits. Promptly thereafter, Subcontractor shall provide detailed information to substantiate such claim including supporting documentation and calculations, and including any information requested by JV.

6.7 If the Subcontractor shall make any claim against JV for extra work or additional compensation for which the Client or its agents may be liable, JV may present such claim or claims to the Client for determination and decision provided: (a) such claim is not, in the judgment of JV, made in bad faith; (b) Subcontractor has given notice as set forth above and in the form required by the Prime Contract, and has presented the claim to JV in sufficient time for JV to review the claim in advance and present it to the Client within the time required by the Prime Contract; and (c) Subcontractor has both requested in writing that JV present the claim and has agreed in writing, on terms satisfactory to JV, to pay all costs of JV in presenting and pursuing such claim. Presentation of the claim by JV shall not be construed as an acknowledgment of the validity thereof, or a waiver of any right of JV, and such action shall be without prejudice to its rights. The decision of the Client shall be final and binding upon the Subcontractor to the same extent and purpose that it is final and binding on JV. Any work performed without an approved change order by Subcontractor beyond its contractual agreement with JV shall be performed at Subcontractor's own risk. Nothing herein shall be construed to obligate JV to pay for any work that it has not approved through a written change order.

6.8 JV assumes no responsibility for material received, unloaded or stored for or by the Subcontractor. Materials, tools, supplies, equipment, or other property belonging or leased to Subcontractor are its responsibility, and no claim for missing, stolen or damaged property shall be made against JV or the Client. No additional compensation will be allowed Subcontractor for difficulties or inconveniences arising from mud, dust, water, ice, snow, wind, heat, cold, or other weather, natural or physical conditions.

6.9 JV shall not be required to provide hoisting facilities or temporary power, water or heat unless otherwise specifically provided in the Contract Documents.

Subcontractor agrees that in the event it performs additional or changed work on a cost plus basis, the percentage fees for combined overhead and profit shall not exceed 10%.

6.10 In the event JV directs Subcontractor to work overtime or premium time for which JV is obligated hereunder to reimburse the Subcontractor, Subcontractor shall be reimbursed only for the difference between regular time and overtime for direct payroll cost and the related payroll taxes, insurance, and benefits, and shall not be entitled to any additional compensation for overhead or profit or for the inefficiencies or declines in productivity. Nothing herein shall be construed to obligate JV to pay for any overtime work it has not

Subcontractor Name:  ___Calcasieu Mechanical Contractors, Inc___   Subcontract No:  ___162002-07___

approved in writing or for any overtime work caused by failure of Subcontractor to provide sufficient manpower or otherwise maintain the progress of the Work.

## ARTICLE 7.   DEFAULT

7.1    In the event Subcontractor (a) becomes insolvent, or files or has filed against it any Petition in Bankruptcy, or makes an assignment for the benefit of creditors, or commences or has commenced against it or enters into any other proceeding or arrangement for relief of debtors, reorganization or deferral or discharge of debts, or (b) fails to pay, when due, wages or costs of labor, including benefits and taxes, or for materials, supplies, or other items purchased or used in connection with this Subcontract, or (c) fails to pursue the Work in accordance with the requirements of the Subcontract, the directions of JV or the schedules established by JV, or (d) fails to supply a sufficient number of properly skilled supervisors, workers, materials, tools, equipment, or supplies of the proper quality, including failure occasioned by boycott, labor dispute or other cessation of work by Subcontractor's employees, or (e) interferes with or disrupts, or threatens to interfere or disrupt, the operation of JV, Client or any other contractor, laborer, material supplier, subcontractor, or other person working on the Project, whether by reason of any boycott or labor dispute or any other reason, or (f) commits any other breach of this Subcontract, Subcontractor shall be in default under this Subcontract. In the event that such default continues for two (2) Days after written notice thereof by JV to Subcontractor, or immediately in the event that such default, in the judgment of JV, cannot be cured within a two (2) Day period after notice of default, JV may without further notice terminate this Subcontract, take possession of all of Subcontractor's materials, supplies, and equipment on the Project site, in storage or in transit, and may make arrangements for completion of the Work. The cost of completion, as well as any other costs, damages or expenses, including the JV's legal fees and expenses, incurred as a result of such default, shall be charged against any unpaid balance due to the Subcontractor; and if such total costs, damages and expenses exceed the balance due, Subcontractor agrees to pay the amount of said excess upon demand by JV. Subcontractor's materials and supplies may be incorporated and used in completing the Work. With respect to any items incorporated or consumed in the Work and for which Subcontractor has not previously been paid, the net reasonable value of the same, being the lower of Subcontractor's cost or fair market value as of the date JV took possession of such items, shall be credited against the aforesaid total completion costs, damages and expenses.

7.2    In addition to, and not in substitution of the remedies hereinabove specified, JV may immediately, in the event of default or failure of Subcontractor to perform its obligations hereunder, provide or arrange for the provision of such workmen and materials necessary to continue and complete the Work contracted for hereunder, for the account of the Subcontractor and at Subcontractor's expense and apply any and all funds which may be or become due Subcontractor to such expense, all without terminating, rescinding, or voiding this Subcontract or releasing the Subcontractor from any obligation or liability hereunder, or from any damages caused by Subcontractor's failure to perform.

Subcontractor Initials  _____
JV Initials  _____

Subcontractor Name:   Calcasieu Mechanical Contractors, Inc     Subcontract No:   162002-07

7.3     Notwithstanding any other provisions of this Subcontract, in the event of default by Subcontractor, JV shall have the right to pursue any and all remedies provided herein or provided by law, in equity or otherwise, including, specifically, the right to apply monies otherwise due Subcontractor from JV, under this Subcontract or any other agreement or circumstance, to the costs of curing such default or the damages therefrom.

7.4     In the event JV does not terminate this Subcontract, but assents to delayed completion of the Work by the Subcontractor, such assent shall not be construed as a waiver of the Subcontractor's obligation to reimburse JV for any costs, damages, or expenses incurred as a result of such delay, including but not limited to any liquidated damages assessed against JV by the Client; and all such costs, damages, and expenses shall be paid and reimbursed to JV upon demand.

7.5     In the event that JV wrongfully exercises any of its rights under this Article 7, Subcontractor's sole and exclusive remedy shall be payment of the Subcontract Amount or the portion of the subcontract performed by the Subcontractor.

ARTICLE 8.     PAYMENT OF LABOR AND MATERIALS

8.1     Subcontractor agrees to execute such specific releases and/or waivers of liens or similar documents relating to payment as may be requested by JV. Subcontractor shall promptly apply all payments made hereunder to Subcontractor's cost for labor and material for the Project. In the event that any person furnishing labor or materials to the Subcontractor files a notice of intent to place a lien on the Project or similar claim for payment, Subcontractor shall promptly take all necessary steps to have such notice withdrawn or claim extinguished, including, if requested by JV, the posting of a bond. In the event that Subcontractor does not fulfill its obligations under this Article 8, JV may take all actions which it deems reasonable or necessary to protect the Project from liens or claims relating to the payment of labor and material and the costs of any such actions including attorney's fees, shall be deducted from amounts payable by JV to Subcontractor under this Subcontract or any other agreement or circumstance. Subcontractor shall remain liable in the event that monies payable to it are insufficient to pay any damages or expenses arising from such liens.

8.2     JV shall have the right at all times to contact Subcontractor's subcontractors and suppliers to ensure that the same are being paid by Subcontractor for labor or materials furnished for use in performing Subcontractor's Work.

ARTICLE 9.     SURETY BONDS

9.1     If listed as a requirement on the Purchase Order, Subcontractor shall obtain and maintain performance and labor and materials (payment) bonds in the amount of 100% of the Subcontract Amount. The bonds shall be in the form of a firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570 and are authorized to issue surety bonds in the state where the Work is to be performed. Subcontractor shall furnish all bonds or alternative payment protection before receiving a notice to proceed with the Work or being allowed to start work.

## ARTICLE 10.   HEALTH AND SAFETY

10.1   The Subcontractor acknowledges that it is familiar with the Work scope to be performed herein, the inherent hazardous conditions of the Job Site, and the necessity for the safety of its personnel and others during the performance of its Work. Specifically, the Subcontractor shall comply with all applicable safety laws and regulations including, but not limited to, those under federal and state occupational, safety and health acts, in particular the provisions of 29CFR 1910 and 29 CFR 1926. If conflicting requirements exist, Subcontractor shall comply with the more stringent of those safety programs and procedures. By rendering the services ordered herein, Subcontractor affirmatively represents that its personnel, before they are allowed on the Job Site, will review and acknowledge their obligation to comply with the safety and health requirements of this Subcontract.

10.2   Subcontractor shall take all necessary precautions for the safety of its employees on the Job Site, and shall comply with all applicable provisions of Federal, state, and municipal safety laws and building codes to prevent accidents or injury to persons on, about or adjacent to the premises where the Work is being performed. Subcontractor shall erect and properly maintain at all times, as required by the conditions and progress of the Work, all necessary safeguards for the protection of workmen and the public and shall post danger signs warning against the hazards created by such construction.

10.3   Subcontractor will designate an individual at the Job Site, and in its employ, who is a "competent person" as defined by regulations issued under the Occupational Safety and Health Act, and who shall act as Subcontractor's designated safety representative. The Subcontractor's safety representative will have a duty to prevent accidents. Unless otherwise identified by Subcontractor in writing, the designated safety representative shall be Subcontractor's on-site Superintendent.

10.4   When so ordered, Subcontractor shall stop any part of the Work that JV deems unsafe until corrective measures satisfactory to JV have been adopted. Should Subcontractor neglect to adopt such corrective measures, JV may do so and deduct the cost from payments due or to become due Subcontractor.

10.5   Subcontractor shall give prompt written notice to JV for all fatalities, lost time accidents and illnesses, property damage over $1,000, or any accident or failure that could have resulted in serious personal injury or property damage, whether such injury or damage actually was sustained. Subcontractor also shall maintain an on-site daily record of first aid treatments administered, which treatments are not otherwise reportable. Those records shall be made available to JV upon request.

10.6   Subcontractor shall maintain in effect all necessary written programs, certifications, licenses and permits required to prosecute the Work in accordance with Occupational Safety and Health laws and regulations. Subcontractor's employees also shall have all the necessary training and current certifications necessary to prosecute the Work.

Subcontractor Name:  ___Calcasieu Mechanical Contractors, Inc___   Subcontract No:  ___162002-07___

10.7    Subcontractor's failure to familiarize itself thoroughly with the aforementioned safety provisions will not relieve it from compliance with the obligations and penalties set forth herein.

10.8    Subcontractor shall continuously maintain adequate protection of all its Work from damage and shall protect JV's property from injury or loss arising in connection with this Subcontract. Subcontractor shall adequately protect adjacent property as provided by law and the Subcontract documents. All loss or damage to the Work resulting from any cause whatsoever shall be borne and sustained by Subcontractor and shall be solely at its risk until final acceptance by JV. Subcontractor shall protect all labor, materials, supplies, tools and equipment against any damage, injury, destruction, theft or loss and in no event shall JV be liable or responsible to Subcontractor therefor. Subcontractor, at its expense, shall promptly repair or replace damage to the work of others, or to any part of the job, resulting from its activities.

10.9    If Subcontractor is cited for violations of government regulations and JV is also cited due to such allegations, JV may hold funds in the amount of the proposed fines in addition to any retention being held and deduct actual fines required to be paid by JV from final payment to Subcontractor.

## ARTICLE 11.    INSPECTIONS AND APPROVALS

11.1    Subcontractor shall provide sufficient, safe, and proper facilities for inspection of the Work by JV, its Client and all other authorized individuals. Subcontractor shall notify JV when portions of the Work are ready for inspection.

11.2    Subcontractor shall, within 24 hours of receiving written notice from JV, proceed to take down, remove, or correct all portions of the Work that JV shall condemn as unsound, improper or in any way failing to meet the requirements of this Subcontract. Subcontractor, at its own expense, shall make good the Work and all other Work damaged by such removal and replace it with materials, equipment, and workmanship meeting the requirements of this Subcontract. Failure to do so within the time specified or agreed to extension shall constitute breach of this Subcontract and give JV the right to correct and backcharge and/or terminate Subcontractor for default.

11.3    Subcontractor shall promptly furnish shop drawings, manufacturers' data, templates, schedules, reports, or any other data that may be necessary, in the opinion of JV, for review and approval or for distribution to JV or other subcontractors for the proper, efficient, and timely prosecution of the Work on the job. Subcontractor shall exercise the utmost diligence in obtaining all drawings, details and information necessary to perform the Work on the job; if at any time drawings or information necessary to complete the Work on the job have not been furnished, Subcontractor shall promptly inform JV in writing as to the drawings or other information that may be required.

11.4    Subcontractor will be responsible for laying out its own work and shall be responsible for the accuracy of same. Subcontractor shall, before proceeding with any affected part of the Work on the job, call to JV's attention, in writing, any errors or inconsistencies in the Prime

Contract, this Subcontract or any drawing, document or other information provided thereunder.

11.5    Subcontractor shall promptly perform all punch list Work identified by JV during completion or other inspections.

## ARTICLE 12.    PERMITS AND LICENSE

12.1    Subcontractor shall obtain all necessary construction licenses and permits, give all notices required and comply with all applicable federal, state and local laws ordinances, rules, regulations and restrictions bearing on performance of the Work.

12.2    Subcontractor shall notify JV of all conflicts between plans and specifications and any laws, ordinances, rules, regulations, codes, orders, or restrictions that come to the attention of Subcontractor. If Subcontractor performs any of the Work that it knows or should have known to be contrary to any such laws, ordinances, rules, regulations, codes, orders, or restrictions, Subcontractor shall assume full responsibility therefor and bear all costs arising therefrom.

## ARTICLE 13    DIFFERING SITE CONDITIONS

13.1    Subcontractor agrees and represents that: (a) it has investigated, examined, inspected and thoroughly familiarized itself with the site and adjoining premises in connection with which the Work covered by this Subcontract will be performed; (b) it has thoroughly informed itself as to all difficulties involved in the completion of all of the Work covered by this Subcontract; and (c) JV has made no representations of any kind with reference thereto not contained in this Subcontract. JV and/or Client-furnished data on site conditions are only for Subcontractor's convenience and are not guaranteed.

13.2    Subcontractor shall notify JV, in writing, of the following unforeseen conditions (hereinafter called Differing Site Conditions), promptly upon their discovery (but in no event later than five (5) calendar Days thereafter) and before they are disturbed: (a) subsurface or latent physical conditions at the job site differing materially from those indicated, described, or delineated in this Subcontract or the job specifications; or (b) unknown physical conditions at the job site differing materially from those ordinarily encountered and generally recognized as inherent in the Work of the character provided for in this Subcontract.

13.3    JV, in consultation with its Client, will review the pertinent conditions, determine the necessity of obtaining additional explorations or tests with respect thereto, and advise Subcontractor, in writing, of its findings and conclusions.

13.3.1  If JV concludes that because of newly discovered conditions a change in the Work is required, a Change Order will be issued as provided herein to reflect and document the consequences of the Differing Site Condition.

13.3.2  In each such case, an increase or decrease in the Subcontract Amount or an extension or shortening of the job schedule, or any combination thereof, will be allowable to the extent that they are attributable to any such difference and only to

13.4    Subcontractor's failure to give notice of differing site conditions within five (5) Days of their discovery or before they are disturbed shall constitute a waiver of all claims in connection therewith, whether direct or consequential in nature.

## ARTICLE 14.    PAYMENT

14.1    For services rendered, JV agrees to compensate Subcontractor as specified herein. Invoices will be due to JV by the 25th of the month. It is agreed and understood by Subcontractor that such invoices must be supported by documentation as may be required by JV or its Client. Such documentation includes, but is not limited to payroll ledgers to verify payment of wages and cancelled checks to verify payment of vendors for materials and subcontracted labor. Subcontractor's invoices are a material element in preparation of JV's invoice to its Client, and as such, JV must require that Subcontractor invoice JV promptly. Invoices received by JV more than thirty (30) Days after either the end of each month or completion of this Subcontract, whichever time is the lesser, will only be paid to the extent such invoices can be included in JV's invoice to its Client. JV will diligently pursue payment of Subcontractor's invoices by its Client and JV shall pay Subcontractor within seven (7) Days from the receipt of such payment. All invoices must reference the Purchase Order Number, Job Number, include an invoice number, and completed and executed lien waivers and/or sworn statements to be processed for payment. Incomplete invoices will be rejected and returned to the Subcontractor.

14.2    Subcontractor shall submit one original and one copy (complete with any necessary backup information) of all invoices not more than once per month. Invoices submitted by Subcontractor will: (a) accurately describe the Work services rendered during the invoice period; (b) reference the JV Purchase Order number; and (c) include any applicable equipment, labor and/or material warranty cards, and copies of inspection reports, etc. applicable to invoiced items. Invoice amounts for progress payments shall be based on a percentage of Work completed for each bid item or completed quantities of approved unit rate bid items through the invoice period. JV will approve the percentages/quantities before acceptance of the invoice. Unless otherwise prescribed by law, JV may retain 10 percent of each approved payment.

14.3    After completion of the Work, and after Subcontractor's submittal to JV of all required closeout documents, including, but not limited to: (a) an affidavit of certified payroll averring that all required certified payrolls have been submitted to JV; (b) consent of Subcontractor's surety to final payment; and (c) copies of all warranties for materials and equipment purchased by Subcontractor, Subcontractor may submit an invoice for release of retainage (or, if retainage is not withheld, for final payment).

Subcontractor Name: ___Calcasieu Mechanical Contractors, Inc___   Subcontract No:   __162002-07__

14.3.1 JV will release to Subcontractor the retainage funds (or final payment, if no retainage is withheld) less: (a) any deductions to cover pending claims; and (b) any deductions to cover two times the value of any remaining uncompleted or uncorrected services.

14.3.2 The acceptance by Subcontractor of the retainage funds (or final payment, if no retainage is withheld), less deductions as set forth above, shall be a release of JV, its Client and their respective employees, agents and affiliates from all claims of liability to Subcontractor for anything done or furnished for, or relating to, the Work, except:

14.3.2.1 (a) demands against JV for the remainder, if any, of the amounts kept or retained to cover pending claims; (b) amounts kept or retained to cover remaining, uncompleted or uncorrected Work; and (c) pending, unresolved claims filed prior to the date of Work completion.

14.4     Subcontractor shall not take any action hereunder which could cause the amount for which JV would be obligated to Subcontractor to exceed the Subcontract Amount.

14.5     Payments otherwise due may be withheld by JV if JV, in its sole discretion, determines that (a) Subcontractor's work is defective and has not been remedied to JV's satisfaction; and/or (b) claims have been filed by third parties in connection with Subcontractor's work; and/or (c) there is reasonable evidence indicating probability of filing of claims by third parties in connection with Subcontractor's work; and/or (d) Subcontractor has failed to make payment properly to its employees or vendors for material or subcontracted labor; and/or (e) there is reasonable doubt that the Work can be completed for the balance then unpaid. If said causes are not removed within two (2) Days after written notice from JV, then JV may rectify the same at Subcontractor's expense, including JV's costs and attorneys' fees. JV may apply any payments otherwise due Subcontractor hereunder to any other indebtedness, liability or obligation of Subcontractor to JV whether under this Subcontract or any other agreement or circumstance.

## ARTICLE 15.   TAXES/DUTIES/FEES

15.1     Except to the extent expressly provided otherwise elsewhere in this Subcontract, Subcontractor shall pay when due, and the Subcontract Amount shall be inclusive of, all local, municipal, state and federal sales and use taxes, excise taxes, duties and all other governmental fees and taxes or charges of whatever nature applicable to the performance of the Work of this Subcontract, exclusive of ad valorem real property taxes and fees for building permits. Where the law requires any such tax to be stated charged separately, the total of all items included within the Work, and the added tax shall not exceed the total Subcontract Amount. Subcontractor shall also be responsible for all payroll taxes and contributions measured by wages, salaries or other remuneration to Subcontractor's employees or its lower tier subcontractors which are currently or thereafter imposed by the United States, any state or subdivision thereof, or governmental body or agency, including without limitation taxes or contributions for unemployment insurance benefits, workers' compensation, old age retirement benefits and income taxes.

## ARTICLE 16.   SUCCESSORS AND ASSIGNS

16.1    JV and the Subcontractor each binds itself, its partners, successors, executors, administrators, and assigns to the other party to this Subcontract and to the partners, successors, executors, administrators and assigns of such other party, in respect of all covenants of this Subcontract. Except as hereinafter provided, neither JV nor the Subcontractor shall assign, sublet, or transfer its interest in this Subcontract without written consent of the other. Nothing herein shall be considered as giving any rights or benefits hereunder to anyone other than JV and the Subcontractor and, to the extent specifically provided herein, to the Client.

## ARTICLE 17.   CONSTRUCTION

17.1    The validity, interpretation, and performance of this Subcontract and the Purchase Order and all other Contract Documents shall be governed, construed and interpreted in accordance with the laws of Indiana without regard to its laws regarding conflict or choice of laws and each of the Parties (and their sureties, if any bond is provided) waives any and all objection which it may have based on improper venue or non conveniens to the conduct of any such action or proceeding in such court. Subcontractor and JV agree to submit to the exclusive jurisdiction and venue of any Federal, state, or local court, having a situs within the state of Indiana with respect to any dispute, claim, or suit, whether directly or indirectly arising out of or relating to this Subcontract or the obligations of either party hereunder.

17.2    The partial or complete invalidity of anyone or more provisions of this Subcontract shall not affect the validity of continuing force and effect of any other provision.

17.3    The failure of either party, hereto to insist, in any one or more instances, upon the performance of any of the terms, covenants, or conditions of this Subcontract, or to exercise any right herein, shall not be construed as a waiver or relinquishment of such term covenant, condition, or right as respects further performance.

17.4    All paragraph headings herein are for convenience only and are in no way to be construed as part of this Subcontract or as a limitation of the scope of the particular governmental sections to which they refer.

17.5    This document, and any and all attachments, which are identified herein, constitutes the entire Subcontract between JV and the Subcontractor. There are no conditions, agreements, or representations between the parties except those expressed herein. This Subcontract may be altered, amended, or appealed only by a duly executed written instrument.

17.6    The Contract Documents are complementary and should be read so as to avoid inconsistent interpretations. In the event of variations, conflicts, ambiguities, or inconsistencies between or among the terms, provisions, or conditions of this Subcontract and any other Contract Documents, the terms, provisions, and conditions that grant greater rights or remedies to JV or impose higher standards with regard to the obligations, responsibilities, and Scope of Work of the Subcontractor shall control. Notwithstanding any other provisions of this

Subcontractor Name: ___Calcasieu Mechanical Contractors, Inc___   Subcontract No: ___162002-07___

Subcontractor or of the Contract Documents, disputes hereunder shall not be resolved by arbitration unless JV agrees in writing to arbitration of such specific dispute. In the event that arbitration is specified in the Prime Contract for disputes between Client and JV, Subcontractor agrees, upon request of JV, to submit any related disputes, as determined by JV in its sole discretion, to arbitration and consolidation of said disputes with any arbitration or administrative proceeding between JV and Client or any other party.

## ARTICLE 18.   INDEMNITY AND LIABILITY

18.1    To the fullest extent permitted by law, Subcontractor agrees to indemnify, defend and hold harmless JV and the Client, and all of their respective directors, officers, employees, officials, volunteers and agents from and against any and all liabilities, claims, suits, losses, damages, costs and expenses (including but not limited to attorneys' fees and court costs, including all costs of appeals) arising out of or resulting from the performance of Subcontractor's services and duties hereunder (including, but not limited to, the negligence of Subcontractor and liabilities arising out of activities with respect to which strict liability attaches under applicable law) except to the extent caused by the negligence of JV or the Client. This indemnification obligation will not be limited in any way by any limitation on the amount or type of insurance carried by Subcontractor or by the amount or type of damages, compensation, or benefits payable by or for Subcontractor or any lower-tier Subcontractor under Workers' Compensation Acts, Disability Benefit Acts, or other Employee Benefit Acts. If any claim or demand is made against JV or the Client for any matter addressed herein, any payment to come due or thereafter to become due to Subcontractor may be held by JV to cover such losses and expenses.

## ARTICLE 19.   INSURANCE

19.1    The Subcontractor shall not commence any work until he obtains at his own expense, all required insurance. Such insurance must have the approval of JV as to limit, form, and amount.

19.1.1  The types of insurance the Subcontractor is required to obtain and maintain for the full period of the Subcontract will be placed with a responsible insurer to include: Worker's Compensation Insurance, Comprehensive General Liability Insurance, Comprehensive Automobile Liability, and if applicable Pollution Legal Liability, and Professional (E&O) Liability, as detailed herein.

19.1.2  As evidence of specified insurance coverage, the Subcontractor shall submit, prior to commencing any work and before any payments are made, certificates issued by the insurance carrier showing a 30 Day notice of cancellation, change or material alteration in coverage with no exculpatory wording and naming JV as an additional insured as detailed herein. Subcontractor's failure to comply with the requirements of this sub-paragraph, however, shall not be construed as a waiver of either Subcontractor's obligation to purchase and maintain the required policies of

insurance or its obligation to furnish JV certificates of insurance and original endorsements.

19.1.3 Such policies shall be kept in force for the duration of the Work and any required warranty period. Should any policy be canceled before final payment by JV to the Subcontractor and the Subcontractor fails immediately to procure other insurance as specified, JV reserves the right to procure such insurance and to deduct the cost thereof from any sum due the Subcontractor under the Subcontract.

19.2   Nothing contained in these insurance requirements is to be construed as limiting the extent of the Subcontractor's responsibility for payment of damages resulting from its operations under this Subcontract.

19.3   The Subcontractor shall provide insurance of the types and in the amounts as set forth in the Insurance Requirements listed below.

19.3.1 **Worker's Compensation Insurance** – The Subcontractor shall submit written evidence that it has obtained, for the period of the Subcontract, full Worker's Compensation Insurance coverage of all persons that it employs or may employ in carrying out the Work under this Subcontract. This insurance shall be in strict accordance with the requirements of the most current and applicable State Worker's Compensation Insurance Laws.

19.3.2 **Comprehensive General Liability Insurance** – This coverage shall provide both bodily injury and property damage. The Comprehensive General Liability Insurance This insurance shall include but not be limited to XCU (Explosion, Collapse, and Underground), Broad Form Property Damage, Completed Operations, and Contractual Liability Coverage. The Comprehensive General Liability shall include coverage in an amount not less than a combined single limit of $1,000,000 for bodily injury and/or property damage arising out of any one occurrence.

19.3.3 Comprehensive Automobile Liability Insurance shall include coverage applying to owned, non-owned, and hired automobiles in an amount of not less than a combined single limit of $1,000,000 for bodily injury, property damage, including death arising out of any one occurrence.

19.3.4 Contractors Pollution and/or Professional Errors and Omissions Liability Insurance coverage, if applicable to the Work of this Subcontract, in an amount not less than a combined single limit of $1,000,000 arising out of any one occurrence.

19.4.   Except for Workers' Compensation and Professional Liability insurance, the insurance coverage noted above will name JV and Client and all of their respective directors, partners, successors, executors, administrators, and employees as additional insureds with respect to the operations of the named insured. Such insurance will be the primary coverage and not contributory to JV and its Client. If such policies do not contain the standard ISO separation of insureds provision, or a substantially similar clause, they shall be endorsed to provide cross-liability coverage.

## ARTICLE 20.   DOCUMENTS

20.1    All data collected by the Subcontractor and all documents, notes, drawings, tracings and files collected or prepared in connection with these services, except the Subcontractor's personnel and administrative files, shall be made available to JV, and JV shall not be restricted in any way whatsoever in its use of such material.

## ARTICLE 21.   TERMINATION

21.1    JV shall have the right to terminate this Subcontract in the event that the agreement between Client and JV is terminated for any reason. In the event of such termination, Subcontractor's sole right and JV's sole obligation to Subcontractor shall be payment for Work completed by Subcontractor to the extent that JV can recover such payment from Client, less any amounts due to JV by Subcontractor. As a condition of such payment, Subcontractor shall furnish JV with a release, satisfactory in form and substance to JV, of all claims against JV and Client.

21.2    JV, by written notice, shall have the right to terminate and cancel this Subcontract in whole, or in part, without Subcontractor being at fault, for any cause or for its own convenience, and require the Subcontractor to immediately stop work. In such event, JV shall pay Subcontractor for the Work actually performed in accordance with the schedule of values set forth in this Subcontract; if the amount due for the Work actually performed is not determinable based upon the schedule of values, Subcontractor shall be paid for the Work actually performed at a rate determined by JV to be just and reasonable. Any dispute as to this rate must be made in writing to JV within 30 Days of receipt or shall be deemed waived. JV shall not be liable to the Subcontractor for any other costs, including prospective profits on Work not performed. If the reason for the termination and cancellation of this Subcontract is due to any default or action by the Client, A/E or as a result of Court Order or public authority, then JV shall not be liable to the Subcontractor for any sum greater than that which JV receives from Client on behalf of Subcontractor's performance, less any costs incurred by JV.

## ARTICLE 22.   OTHER AFFILIATION/CONFIDENTIALITY

22.1    **Other Affiliation** – Prior to acceptance of this Subcontract Order, Subcontractor represents that it is not a party to any existing agreement that would prevent Subcontractor from performing the services requested. Subcontractor agrees to use its best efforts to segregate Work done under this Subcontract from all other Work done at, or for, any other company, corporation, and/or other commercial enterprises.  Subcontractor shall protect and guard JV's confidential information.

22.2    **Conflict of Interest** – Prior to acceptance of this Subcontract, Subcontractor warrants that it is not obligated under any other consulting, employment, or other agreement that would affect JV's rights or Subcontractor's duties under this Subcontract.

22.3    The Subcontractor agrees that, in the performance of Work hereunder, its personnel will maintain the confidentiality of this Work and this Project. In this regard, the Subcontractor's personnel shall not disclose any data or information to any party other than JV's personnel concerning the Job Site or the Job, including without limitation, the nature or results of the Work performed by the Subcontractor hereunder, and the Subcontractor shall direct all third party inquiries or comments to JV's on-site representatives.

**ARTICLE 23.    REPRESENTATIONS AND CERTIFICATIONS**

23.1    If so indicated, this Work is subject to the Davis-Bacon Act (40 U.S.C. 276a-276a-7) and the Subcontractor will be required to comply with all associated regulations, including the submission of weekly certified payrolls. The Subcontractor acknowledges that it understands these regulations and requirements. Payment to the Subcontractor by JV will be contingent upon the receipt of original signed certified payrolls approved by JV for all weeks covered by the Subcontractor's invoice.

23.2    **Equal Employment Opportunity** – Unless otherwise exempt, Subcontractor agrees to comply with the Equal Employment Opportunity clause and the regulations of the Department of Labor contained in Title 41 of the Code of Federal Regulations (CFR), Chapter 60, which are incorporated herein by reference.

23.3    **Affirmative Action for Disabled Veterans and Vietnam-era Veterans** – If the Subcontract equals or exceeds $25,000 and is not otherwise exempt, Subcontractor agrees to comply with the Affirmative Action clause and the regulations of the Department of Labor contained in Title 41 CFR, Part 60-250, which are incorporated herein by reference.

23.4    **Affirmative Action for Disabled Workers** – If the Subcontract exceeds $10,000 and is not otherwise exempt, Subcontractor agrees to comply with the Affirmative Action clause and the regulations of the Department of Labor contained in Title 41 CFR, Part 60-741, which are incorporated herein by reference.

23.5    **E-Verify** – Subcontractor represents and warrants that, unless otherwise exempted, it is in compliance with the requirements of Executive Order 12989 as amended on June 6, 2008 by Executive Order 13465 and shall maintain continued compliance throughout the course of performance of this Subcontract.

23.6    **Electronic Subcontracting Reporting System (eSRS)** – Subcontractor represents and warrants that, unless otherwise exempted, it is in compliance with the requirements of FAR 52.219-9 "Small Business Subcontracting Plan" and shall maintain continued compliance throughout the course of performance of this Subcontract

23.7    **Code of Business Ethics and Practices** – Subcontractor represents and warrants that, unless otherwise exempted, it is in compliance with the requirements of Federal Acquisition Requirement (FAR) Subparts 3.10 and 52.203-13 and shall maintain continued compliance throughout the course of performance of this Subcontract. Should Subcontractor be exempted from mandatory compliance with FAR Subparts 3.10 and 52.203-13,

Subcontractor Name:   Calcasieu Mechanical Contractors, Inc     Subcontract No:   **162002-07**

Subcontractor nevertheless represents and warrants that it shall, during the performance of this Subcontract, conform to the policy set forth in FAR 3.1002.

ATTACHMENT B

SCOPE OF WORK/SCHEDULE OF VALUES

| SUBCONTRACT NO.: | 162002-07 | DATE: 04/07/2017 | | PROJECT NO.: | 162002 |
| PRIME CONTRACT NO.: | W9126G-14-D-0004 | | TO#: | 0005 |

ATTACHMENT B

SCOPE OF WORK

AND

SCHEDULE OF VALUES

## SCOPE OF WORK

Subcontractor does hereby promise and agree to furnish the materials, labor, supplies, tools and supervision to diligently perform the work as defined by all specifications and all drawings of the Prime Contract/Task Order.

- Provide labor and equipment to remove existing air handling units within the facility and attic space.
- Provide labor and equipment to remove existing heating and ventilating units within the facility.
- Provide labor and equipment to remove exhaust fans within facility.
- Provide labor and equipment to remove all existing supply air, return air, exhaust air and outside air ductwork associated with the HVAC units.
- Provide labor and equipment to remove all existing chilled water, hot water, and condensate piping associated with HVAC units.
- Provide labor and equipment to install humidity control unit air handler for dining area and serving area comfort cooling per RFP, specifications and drawings.
- Provide labor, equipment and materials for the new installation of all makeup air units for tempered kitchen and dishwashing area exhaust air makeup per RFP, specifications and drawings.
- Provide labor, equipment and materials for the installation of all new exhaust hood fans per RFP, specifications and drawings.
- Provide labor, equipment and materials for the new installation of supply air, return air, exhaust air and outside air ductwork associated with new HVAC equipment per RFP, specifications and drawings.
- Provide labor, equipment and materials for the new installation of chilled water, hot water, and condensate piping from campus connections to new HVAC equipment per RFP, specifications and drawings.
- Provide labor, equipment and materials for the new installation of variable chilled water and high temperature water distribution pumps and appurtenances per RFP, specifications and drawings.
- Supply roof curbs for exhaust fans per RFP, specifications and drawings.
- Provide labor, equipment and materials for BACNET DDC controls and instrumentation system for new HVAC equipment per RFP, specifications and drawings.
- Provide complete HVAC demolition plan, work plan, lift plan, competent person certifications, equipment and material submittals within two weeks of issuance of subcontract from JV.
- Provide a detailed schedule and schedule of values breakdown within two weeks of issuance of subcontract from JV.
- Provide Activity Hazard Analysis (AHA) for each feature of work within two weeks of issuance of subcontract from JV.
- Provide all required close out documentation and O&M manuals prior to billing 100%.
- Assist as needed the third-party testing and balancing representatives.

## CLARIFICATIONS

- All electrical above 50 volts by others.
- All plumbing by others.
- Cutting and patching by others.
- All roofing by others.
- All special systems by others.
- All fire proofing for HVAC penetrations excluded.
- Any and all structural modifications for HVAC equipment, if required, by others.
- Any blocking required to level any curb is excluded.
- All work based on regular business hours.
- All equipment housekeeping pads by others.
- All painting by others.
- Asbestos abatement, or any hazmat if required, by others.



| SUBCONTRACT NO.: 162002-07 | DATE: 04/07/2017 | PROJECT NO.: 162002 |
|---|---|---|
| PRIME CONTRACT NO.: W912G-14-D-0004 | TO#: | 0005 |

- Dumpsters for demolition and construction material provided by others.
- All ceiling removal and reinstallation by others.
- Third party commissioning of HVAC systems excluded.
- Roof curbs for exhaust fans furnished by Calcasieu Mechanical but installed by others.
- Test and Balance is independent subcontractor of General Contractor. Not included in this bid.

NOTIFICATION REGARDING RETAINAGE

- • If Calcasieu falls behind schedule, JWC CMS JV will increase retainage back to 10% or higher.

GENERAL CONDITIONS

- ▪ All work performed must adhere to most current version of the JWC CMS JV Approved Accident Prevention and Quality Control Plan.

- ▪ Due to the construction schedule multiple mobilizations may be required, this will be at no additional charge.

- ▪ If installation is required, it is to be per PLANS & SPECS, subcontractor to install to all applicable codes.

- ▪ Construction site is to be cleaned and maintained daily during the construction period.

- ▪ Adjacent surfaces to be protected at all times by this subcontractor throughout performance of subcontract. Any costs incurred by JWC CMS JV resulting from damage caused by this subcontractor during completion of scope will be deducted from this subcontract value.

- ▪ Passes may be required for entry onto the project site. It is the subcontractor's responsibility to fully complete and submit badge request information (to be provided) for all required site personnel three weeks prior to expected arrival.

- ▪ This subcontractor is required to submit all necessary data sheets and shop drawings for submittal approval within adequate time for submittal approval as described in the Prime Contract documents. Submittals must be submitted in a format as defined in the Prime Contract.

- ▪ Applicable closeout documentation to be submitted prior to final payment including but not limited to; Operation and Maintenance manuals, manufacturer warranty forms, as-built drawings and owner training information.

- ▪ Deliveries must be scheduled in advance and notification provided to the project superintendent 48hrs prior to delivery. SUBCONTRACTOR must be present to receive deliveries. Should SUBCONTRACTOR not be able to receive and sign for deliveries, the shipment will be refused and all costs associated with refusal and re-delivery will be the responsibility of the SUBCONTRACTOR.

- ▪ Daily reports to be submitted to JWC CMS JV onsite QC Manager for all on-site work days. Reports are to include: work status, delays, labor hours spent for that day's work including all sub-subcontractors, equipment on site and any safety near misses or mishaps.

- ▪ Work on site cannot begin until an executed subcontract, along with Certificate of Insurance (as defined on page 1) and payment and performance bonds (if applicable as described on page 1) are received by JWC CMS JV.

- ▪ This subcontractor is responsible for payment of all applicable taxes for all materials purchased under this subcontract agreement.

- ▪ Certified Payroll is to be submitted weekly from the first mobilization to the completion of the project. This also applies to weeks within that timeframe where no work is performed.

Submit Certified Payroll to:    Sara Gamo – Human Resources Manager, JWC CMS JV, PO Box 648, Alamogordo, NM 88311

Contract References for B1162 DFAC Renovation, Ft. Polk, LA 71459
JWC CMS JV Prime Contract No.: W912G-14-D-0004 - 0005
JWC CMS JV Project No.: 162002
Calcasieu Mechanical Contractors, Inc, Subcontract # 162002-07



SUBCONTRACT NO.: 162002-07 DATE: 04/07/2017 PROJECT NO.: 162002

PRIME CONTRACT NO.: W9126G-14-D-0004 TO#: 0005

SCHEDULE OF VALUES

The following Schedule of Values will be utilized for payment:

| DESCRIPTION | QUANTITY | UNIT OF MEASURE | UNIT RATE | TOTAL |
|---|---|---|---|---|
| Bond | 1 | LS | 16,555.00 | 16,555.00 |
| Demo – Labor | 1 | LS | $94,024.00 | $94,024.00 |
| Piping Materials | 1 | LS | $89,429.00 | $89,429.00 |
| Piping – Labor | 1 | LS | $131,623.00 | $131,623.00 |
| HVAC Equipment – Materials | 1 | LS | $67,794.00 | $67,794.00 |
| DDAS – Materials | 1 | LS | $125,000.00 | $125,000.00 |
| Pumps – Materials | 1 | LS | $20,899.00 | $20,899.00 |
| Fans – Materials | 1 | LS | $125,567.00 | $125,567.00 |
| VFD – Materials | 1 | LS | $26,977.00 | $26,977.00 |
| GRD's - Materials | 1 | LS | $54,938.00 | $54,938.00 |
| Sheet metal - Materials - Field | 1 | LS | $51,422.00 | $51,422.00 |
| Sheet metal - Labor - Field | 1 | LS | $138,651.00 | $138,651.00 |
| Sheet metal - Materials - Shop | 1 | LS | $44,912.00 | $44,912.00 |
| Sheet metal - Labor - Shop | 1 | LS | $80,446.00 | $80,446.00 |
| Insulation | 1 | LS | $171,500.00 | $171,500.00 |
| Controls | 1 | LS | $82,300.00 | $82,300.00 |
| | | | TOTAL | $1,322,037.00 |

SCHEDULE

All work under this subcontract shall start on 03/03/2017 and be completed by 04/16/2018 in accordance with the JWC CMS JV project schedule. A project schedule is currently being developed with milestone dates for the subcontractor. Once completed, the schedule will be incorporated into and made part of this subcontract. Subcontractor agrees to adhere to any updated schedule changes provided by Project Manager.



Subcontract – JWC CMS JV (02)_2017_0127



EXHIBIT

| Installed Property No | Location | Quantity | Unit Price | Total Price | Equipment Description | Accessories | Make | Model # | Serial # | Vendor/Subcontractor Name, Address, and Phone (Alt+Enter to move to next line within Cell) |
|---|---|---|---|---|---|---|---|---|---|---|
| IP-00135 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 1 | Disconnect NEMA 1<br>Motorized Shutter (Std) -18 115V<br>Wall Collar<br>Weather Hood-Stl<br>Wireguard-Motor Side<br>Fan Speed Controller 5 Amp 120 Volt | Cook | 1420XW 14XW200152 | 115SH39242-00/0002 701 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00136 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 2 | Drives (1.5 J/5 @ 1961 Rpm<br>Disconnect NEMA 1<br>BD-16 Damper<br>Belt Guard<br>SC-70 Set(4) - Isolators | Cook | 120SCGN120SGN-B | 115SH39242-00/0002 101 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00137 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 3 | Drives (1.5 J/5 @ 1670 Rpm<br>Wheel Width Reduced 33%<br>Disconnect NEMA 1<br>UI762 (327?-300Deg)<br>Belt Guard-Steel<br>Access Door-Bolt@C<br>Steel Drain<br>Heat Shield<br>SC-125 Set(4) - Isolators | Cook | 130CIC13CIC1 | 115SH39242-01/0009 501 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00138 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 4 | Premium Efficiency Motor (Min. 85.5%)<br>Drives (1.5 J/5 @ 2235 Rpm<br>Disconnect NEMA 1<br>UI762 (327?-300Deg)<br>Belt Guard-Steel<br>Sill Flanged Inlet UI<br>Access Door-Bolt@G<br>Steel Drain<br>Heat Shield<br>SC-70 Set(4) - Isolators | Cook | 120CIC120CIC1 | 115SH39242-01/0000 701 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00139 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 5 | Premium Efficiency Motor (Min. 85.5%)<br>Drives (1.5 J/5 @ 2563 Rpm<br>Disconnect NEMA 1<br>UI762 (327?-300Deg)<br>Belt Guard-Steel<br>Sill Flanged Inlet UL<br>Access Door-Bolt@G<br>Steel Drain<br>Heat Shield<br>SC-70 Set(4) - Isolators | Cook | 120CIC120CIC1 | 115SH39242-01/0004 401 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00141 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 6 | Premium Efficiency Motor (Min. 85.5%)<br>Drives (1.5 J/5 @ 2563 Rpm<br>Disconnect NEMA 1<br>UI762 (327?-300Deg)<br>Belt Guard-Steel<br>Sill Flanged Inlet UI<br>Access Door-Bolt@G<br>Steel Drain<br>Heat Shield<br>SC-70 Set(4) - Isolators | Cook | 120CIC120CIC1 | 115SH39242-01/0004 201 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |



JWC CMS

Renovation of the SGT JH Cooney
US Army Reserve Center, Milan, OH
Contract No: W912QR-16-C-0025

Updated: 5/9/2019

| Installed Property No | Location | Quantity | Unit Price | Total Price | Equipment Description | Accessories | Make | Model # | Serial # | Vendor/Subcontractor Name, Address, and Phone (Alt+Enter to move to next line within Cell) |
|---|---|---|---|---|---|---|---|---|---|---|
| IP-00142 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 7 | Premium Efficiency Motor (Min. 86.5%)<br>Drives (1.5 Sf) @ 2050 Rpm<br>Disconnect NEMA 1<br>Ul762 (327Y-300Deg)<br>Belt Guard-Steel<br>Stl Flanged Inlet Ul<br>Access Door-Bolt@C<br>Steel Drain<br>Heat Shield<br>Spring Isolators | Cook | 150CICV150CICCL1 | 115SH37842-01/0011 201 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00143 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 8 | Premium Efficiency Motor (Min. 86.5%)<br>Drives (1.5 Sf) @ 1707 Rpm<br>Disconnect NEMA 1<br>Ul762 (327Y-300Deg)<br>Belt Guard-Steel<br>Stl Flanged Inlet UL<br>Access Door-Bolt@C<br>Steel Drain<br>Heat Shield<br>Spring Isolators | Cook | 150CICV150CICCL1 | 115SH37842-01/0014 701 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00144 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 9 | Premium Efficiency Motor (Min. 89.5%)<br>Drives (1.5 Sf) @ 2215 Rpm<br>Disconnect NEMA 1<br>Ul762 (327Y-300Deg)<br>Belt Guard-Steel<br>Stl Flanged Inlet UL<br>Access Door-Bolt@G<br>Steel Drain<br>Heat Shield<br>SC-125 Set(4) - Isolators | Cook | 150CICV150CICCL1 | 115SH37842-01/0012 901 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00145 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 10 | Premium Efficiency Motor (Min. 89.5%)<br>Drives (1.5 Sf) @ 1849 Rpm<br>Disconnect NEMA 1<br>Ul762 (327Y-300Deg)<br>Belt Guard-Steel<br>Stl Flanged Inlet UL<br>Access Door-Bolt@C<br>Steel Drain<br>Heat Shield<br>Spring Isolators | Cook | 150CICV150CICCL1 | 115SH37842-01/0016 401 | Gulf Coast Air Systems<br>1301 Eraste Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |

| Installed Property No | Location | Quantity | Unit Price | Total Price | Equipment Description | Accessories | Make | Model # | Serial # | Vendor/Subcontractor Name, Address, and Phone (Alt=Enter to move to next line within Cell) |
|---|---|---|---|---|---|---|---|---|---|---|
| IP-00147 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 11 | Drives (1.5 sf) @ 1666 Rpm<br>Disconnect NEMA 1<br>UTR1 (327Y-300Deg)<br>Belt Guard-Steel<br>Sd Flanged Inlet UL<br>Access Door-Bolt@C<br>Steel Drain<br>Alum Airfoil Wheel<br>Heat Shield<br>Spring Isolators | Cook | 120DC120CICL1 | 11SSH37842-01/0006 001 | Gulf Coast Air Systems<br>1301 Estate Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00148 | Attic | 1 | $4,000.00 | $4,000.00 | Exhaust Fan - 12 | Drives (1.5 sf) @ 1549 Rpm<br>Disconnect NEMA 1<br>UTR1 (327Y-300Deg)<br>Belt Guard-Steel<br>Sd Flanged Inlet UL<br>Access Door-Bolt@G<br>Steel Drain<br>Alum Airfoil Wheel<br>Heat Shield<br>SC-70 Set(a) - Isolators | Cook | 120DC120CICL1 | 11SSH37842-02/0007 701 | Gulf Coast Air Systems<br>1301 Estate Landry Rd<br>Lafayette, LA 70506<br>337-264-9202 |
| IP-00149 | Above Ceiling | 1 | $2,500.00 | $2,500.00 | FCU-1 | | Trane | 8CHD01A2X0A1<br>MAA220000801<br>MAA2200000000<br>00000000000000 | T18B08756 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00150 | Above Ceiling | 1 | $2,500.00 | $2,500.00 | FCU-2 | | Trane | 8CHD01A2X0A1<br>MAA220000801<br>MAA2200000000<br>00000000000000 | T18B08757 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00162 | Above Ceiling | 1 | $2,500.00 | $2,500.00 | FCU-3 | | Trane | 8CHD01A2X0A1<br>MAA220000801<br>MAA2200000000<br>00000000000000 | T18B08755 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00164 | Roof | 1 | $550.00 | $550.00 | Unit Heater - 1 | Totally enclosed motor<br>Copper Tubes<br>OSHA fan guard | Trane | UHSBA08T1*A1000000 | F18G34752 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00166 | Roof | 1 | $550.00 | $550.00 | Unit Heater - 2 | Totally enclosed motor<br>Copper Tubes<br>OSHA fan guard | Trane | UHSBA08T1*A1000000 | F18G34750 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00167 | Roof | 1 | $550.00 | $550.00 | Unit Heater - 3 | Totally enclosed motor<br>Copper Tubes<br>OSHA fan guard | Trane | UHSBA08T1*A1000000 | F18G34751 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00169 | Mech Yard | 1 | $18,606.00 | $18,606.00 | AHU-1 Performance Climate Changer | | Trane | UCCAA06C1C6EAM1200000<br>DCE00F000000E000AA | K18BI2314 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |
| IP-00170 | Mech Yard | 1 | $18,606.00 | $18,606.00 | AHU-2 Performance Climate Changer | | Trane | UCCAA21C1C6EAL1200000<br>HCH00P000000E000AA | K18BI2315 | Trane<br>11534 Cleverland<br>Baton Rouge, LA 70809<br>(225) 298-4280 |



| Installed Property No | Location | Quantity | Unit Price | Total Price | Equipment Description | Accessories | Make | Model # | Serial # | Vendor/Subcontractor Name, Address, and Phone (Alt+Enter to move to next line within Cell) |
|---|---|---|---|---|---|---|---|---|---|---|
| IP-0171 | Mech Yard | 1 | $18,606.00 | $18,606.00 | AHU-3 Performance Climate Changer | | Trane | CSAA030UBL00 - Please verify Model # | K38B12337 - Please verify Serial # | Trane 11554 Cloverland Baton Rouge, LA 70809 (225) 298-4280 |
| IP-0172 | Mech Yard | 1 | $18,606.00 | $18,606.00 | AHU-4 Performance Climate Changer | | Trane | UCCAA17C1C0EAM3200000 GCG00PD00000004A | K38B12316 | Trane 11554 Cloverland Baton Rouge, LA 70809 (225) 298-4280 |
| IP-0174 | Mech Yard | 1 | $114,077.00 | $114,077.00 | DOAS - 1 | 4320 | Munters | ENV8024AAD-FCCH18Q-LNCM00SAL00 | A18AR4VC800507 | Munters Corp 16900 Jordan Road Selma, TX 78154 800-229-8557 |
| IP-0177 | Field Feed | 1 | $1,563.00 | $1,563.00 | CHWP - 1 | | Bell & Gossett | E-1510 3BD | C2SB117-01C81 | Hydronic Technology 1500 S. Jefferson Davis Pkwy New Orleans, LA 70125 504-827-1163 |
| IP-0178 | Mech Room | 1 | $1,563.00 | $1,563.00 | HWP - 1 | | Bell & Gossett | E-1510 2BD | C2SB116-01C81 | Hydronic Technology 1500 S. Jefferson Davis Pkwy New Orleans, LA 70125 504-827-1163 |

Renovation of the SGT JH Cooney
US Army Reserve Center, Milan, OH
Contract No: W912QR-16-C-0025



**EXHIBIT**

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Page 1 of 3

| TO (PRIME): | PROJECT: | APPLICATION NO: | |
| --- | --- | --- | --- |
| JWC CMS JV | B1162 DFAC Renovation | | |
| PO Box 648 | Fort Polk, LA | Period From: 8/1/17 | |
| Alamogordo, New Mexico 85311 | | Period To: 8/31/17 | |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract. continuation sheet detailed application and lower tier subcontractor listing, is attached.

| | | |
| --- | --- | --- |
| 1 ORIGINAL CONTRACT | | $1,322,037.00 |
| 2 Net Change by Change Orders | | $0.00 |
| 3 CONTRACT SUM TO DATE (1 PLUS 2) | | $1,322,037.00 |
| 4 TOTAL COMPLETED AND STORED TO DATE | | $101,555.00 |
| Retainage to Date -5% of Completed Work | | $5,077.75 |
| 5 TOTAL EARNED TO DATE LESS RETAINAGE | | $96,477.25 |
| 6 LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 5 from prior certificate-Enter Amount) | | $0.00 |
| 7 TOTAL COMPLETED AND STORED THIS APPLICATION | | $101,555.00 |
| 8 Retainage this Application-5% of Completed Work | | $5,077.75 |
| 9 CURRENT PAYMENT DUE THIS APPLICATION | | $96,477.25 |
| 10 BALANCE TO FINISH, PLUS RETAINAGE | | $1,225,559.75 |

| CHANGE ORDER SUMMARY | Addition | Deduction |
| --- | --- | --- |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that current payment shown herein is now due.

By: Raul J. Marchand, Jr. Pres.

SUBCONTRACTOR SIGNATURE:

State of: Louisiana
County of: Calcasieu
Subscribed and Sworn to before me this: 22nd day of: August 2017

Notary Public: Andrea J. Blanchard

My Commission Expires:

Notary J. Blanchard #128750
ANDREA J. BLANCHARD, NOTARY PUBLIC, I.D. NO. 138750, CALCASIEU PARISH, LA

Date: 8/22/17

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:

COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Continuation Sheet

Exhibit 2

Page 2 of 3

**APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.**
"Containing CONTRACTOR'S signed Certification is attached"

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

Period From: 8/1/17
Period To: 8/31/17

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | This Application Work in Place | Materials Stored | Total Completed and Stored to Date | % Percent Complete | Balance to Finish | Retainage This Application 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $0.00 | $16,555.00 | $0.00 | $16,555.00 | 100% | $0.00 | $827.75 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $0.00 | $85,000.00 | $0.00 | $85,000.00 | 90% | $9,024.00 | $4,250.00 | $4,250.00 |
| 6 | Piping - Materials | $89,429.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $89,429.00 | $0.00 | $0.00 |
| 7 | Piping - Labor | $131,623.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $131,623.00 | $0.00 | $0.00 |
| 8 | HVAC Equipment - Materials | $87,794.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $87,794.00 | $0.00 | $0.00 |
| 9 | DOAS - Materials | $125,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,000.00 | $0.00 | $0.00 |
| 10 | Pumps - Materials | $20,699.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $20,699.00 | $0.00 | $0.00 |
| 11 | Fans - Materials | $125,567.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,567.00 | $0.00 | $0.00 |
| 12 | VFD - Materials | $28,977.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $28,977.00 | $0.00 | $0.00 |
| 13 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $51,422.00 | $0.00 | $0.00 |
| 15 | Sheet metal - Labor - Field | $198,651.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $198,651.00 | $0.00 | $0.00 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $44,912.00 | $0.00 | $0.00 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $80,446.00 | $0.00 | $0.00 |
| 18 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 19 | Controls | $82,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $82,300.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $0.00 | $101,555.00 | $0.00 | $101,555.00 | 8% | $1,220,482.00 | $5,077.75 | $5,077.75 |
| 27 | Change Order #1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 28 | Change Order #2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 29 | Change Order #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL ORIGINAL CONTRACT & CO | $1,322,037.00 | $0.00 | $101,555.00 | $0.00 | $101,555.00 | 8% | $1,220,482.00 | $5,077.75 | $5,077.75 |

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| TO (GENERAL): | JWC CMS JV | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | |
| | PO Box 648 | | Fort Polk, LA | 1 | 8/31/2017 |
| | Alamogordo, New Mexico 88311 | | | | |

| FROM: (SUB-CONTRACTOR) | Calcasieu Mechanical Contractors, Inc | PROJECT NUMBER: 162002 |
| | 3121 Country Club Rd | |
| | Lake Charles, LA 70605 | |

"If Subcontractor is using lower tier subcontractor(s) on this Job, complete the information below.  If none used, write "NONE""

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| Siemens | $82,300.00 | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Page 3 of 3

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT–EXHIBIT 2

| | | |
|---|---|---|
| TO (PRIME): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: B1162 DPAC Renovation<br>Fort Polk, LA |
| APPLICATION NO: | 2 | |
| | Period From: 9/1/17 | |
| | Period To: 9/30/17 | |
| | PROJECT NUMBER: 162002 | |

**FROM: (SUB-CONTRACTOR)**
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

Page 1 of 3

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract. continuation sheet detailed application and lower tier subcontractor listing, is attached.

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER   No.: 1 | $16,594.00 | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| CHANGE ORDER   No.: | | |
| TOTALS | $16,594.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $16,594.00 | |

| | | |
|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $16,594.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,338,631.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $110,579.00 |
| 4 | Retainage to Date -5% of Completed Work | $5,528.95 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $105,050.05 |
| 6 | LESS PREVIOUS CERTIFICATES FOR<br>PAYMENT (Line 6 from prior certificate-Enter Amount) | $0.00 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $9,024.00 |
| 8 | Retainage this Application-5% of Completed Work | $451.20 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $8,572.80 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $1,233,580.95 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that the current payment shown herein is now due

**SUBCONTRACTOR SIGNATURE:**

BY: E.J. Blanchard, Jr.          Date: 10/4/17

Subscribed and Sworn to before me this:
___ day of October 20__

State of: Louisiana
County of: Calcasieu

Notary Public: Andrea D. Blanchard

My Commission Expires:

**PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:**
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

**INVOICES ARE TO BE SENT TO:**
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Exhibit 2

Continuation Sheet

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

| SUBCONTRACTOR: | PROJECT: | |
| --- | --- | --- |
| Calcasieu Mechanical Contractors, Inc | B1182 DFAC Renovation | Fort Polk, LA |
| 3121 Country Club Rd | | Page 2 of 3 |
| Lake Charles, LA 70605 | | |

| Period From: | 9/1/17 |
| --- | --- |
| Period To: | 9/30/17 |

| A | B | C | D | E | F | G | H | I | J | K |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Item | Description | Scheduled Value | Work From Previous Applications | This Application — Work in Place | This Application — Materials Stored | Date and Stored to Total Complete | Percent Complete % | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $85,000.00 | $9,024.00 | $0.00 | $94,024.00 | 100% | $0.00 | $451.20 | $4,701.20 |
| 6 | Piping - Materials | $89,429.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $89,429.00 | $0.00 | $0.00 |
| 7 | Piping - Labor | $131,623.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $131,623.00 | $0.00 | $0.00 |
| 8 | HVAC Equipment - Materials | $87,794.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $87,794.00 | $0.00 | $0.00 |
| 9 | DOAS - Materials | $125,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,000.00 | $0.00 | $0.00 |
| 10 | Pumps - Materials | $20,699.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $20,699.00 | $0.00 | $0.00 |
| 11 | Fans - Materials | $125,587.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,587.00 | $0.00 | $0.00 |
| 12 | VFD - Materials | $26,977.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $26,977.00 | $0.00 | $0.00 |
| 13 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $51,422.00 | $0.00 | $0.00 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $138,651.00 | $0.00 | $0.00 |
| 16 | Sheet metal - Materials - Shop | $44,812.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $44,812.00 | $0.00 | $0.00 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $80,446.00 | $0.00 | $0.00 |
| 18 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 19 | Controls | $82,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $82,300.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $101,555.00 | $9,024.00 | $0.00 | $110,579.00 | 8% | $1,211,458.00 | $451.20 | $5,528.95 |
| 27 | Change Order #1 | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 28 | Change Order #2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 29 | Change Order #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 33 | TOTAL ORIGINAL CONTRACT & CO | $1,338,631.00 | $101,555.00 | $9,024.00 | $0.00 | $110,579.00 | 8% | $1,228,052.00 | $451.20 | $5,528.95 |

Exhibit 2

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

Page 3 of 3

| TO (GENERAL): | JWC CMS JV | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 2 | 9/30/2017 |
| | PO Box 648 | | Fort Polk, LA | | | |
| | Alamogordo, New Mexico 88311 | | | | | |

FROM: (SUB-CONTRACTOR):
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using tier subcontractor(s) on this job, complete the information below. If none used, write "NONE".

| Lower Tier Subcontractor Name | Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Low Tier | | | | |
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Exhibit 2

## APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

| TO (PRIME): | PROJECT: | FROM: (SUB-CONTRACTOR) |
| --- | --- | --- |
| JWC CMS JV | B1182 DFAC Renovation | Calcasieu Mechanical Contractors, Inc |
| PO Box 648 | For Polk, LA | 3121 Country Club Rd |
| Alamogordo, New Mexico 88311 | | Lake Charles, LA 70605 |

APPLICATION No.: 3 revised

Period From: 12/1/17
Period To: 12/31/17

PROJECT NUMBER: 162002

Page 1 to 3

Exhibit 2

### SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract. continuation sheet detailed application and lower tier subcontractor listing, is attached.

| | CHANGE ORDER SUMMARY | Addition | Deduction |
| --- | --- | --- | --- |
| 1 | ORIGINAL CONTRACT | $1,322,037.00 | |
| 2 | Net Change by Change Orders | $16,594.00 | |
| | CHANGE ORDER | No.: 1 | $16,594.00 | $0.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,338,631.00 | |
| | CHANGE ORDER | No.: | |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $187,235.00 | |
| | CHANGE ORDER | No.: | |
| 4 | Retainage to Date -5% of Completed Work | $9,361.75 | |
| | CHANGE ORDER | No.: | |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $177,873.25 | |
| | CHANGE ORDER | No.: | |
| | CHANGE ORDER | No.: | |
| 6 | LESS PREVIOUS CERTIFICATES FOR | | |
| | CHANGE ORDER | No.: | |
| | PAYMENT (Line 5 from prior certificate-Enter Amount) | $0.00 | |
| | CHANGE ORDER | No.: | |
| | CHANGE ORDER | No.: | |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $76,656.00 | |
| | CHANGE ORDER | No.: | |
| 8 | Retainage this Application-5% of Completed Work | $3,832.80 | |
| | CHANGE ORDER | No.: | |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $72,823.20 | |
| | TOTALS | $16,594.00 | $0.00 |
| 10 | BALANCE TO FINISH, PLUS RETIANAGE | $1,160,757.75 | |
| | NET CHANGE BY CHANGE ORDERS | $16,594.00 | |

The undersigned Contractor certifies that to the the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE

By: _K.J. Blanchard Jr._                Date: 12/27/17

State of: Louisiana
County of: Calcasieu

Subscribed and Sworn to before me this:
27th day of 20 17

Notary Public: _Amber D. Prudhomme_

My Commission Expires: 2008

[Notary seal: AMBER D. PRUDHOMME NOTARY PUBLIC ID #138750 CALCASIEU PARISH, LA]

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETED LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE.

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, MN 88310

e-mailed + mailed 12/27/17

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP,
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1182 DFAC Renovation, Fort Polk, LA

Period From: 9/1/17
Period To: 9/30/17

| A | B | C | D | This Application | | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | Work in Place | Materials Stored | Total Completed and Stored to Date | Percent Complete % | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
| 4 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,428.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | 17% | $74,428.00 | $750.00 | $750.00 |
| 7 | Piping - Labor | $131,623.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $131,623.00 | $0.00 | $0.00 |
| 8 | HVAC Equipment - Materials | $87,794.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $87,794.00 | $0.00 | $0.00 |
| 9 | DOAS - Materials | $125,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,000.00 | $0.00 | $0.00 |
| 10 | Pumps - Materials | $26,089.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $26,089.00 | $0.00 | $0.00 |
| 11 | Fans - Materials | $125,587.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,587.00 | $0.00 | $0.00 |
| 12 | VFD - Materials | $26,977.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $26,977.00 | $0.00 | $0.00 |
| 13 | GRD's - Materials | $54,936.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,936.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,220.00 | $0.00 | $8,655.00 | $0.00 | $8,655.00 | 17% | $42,567.00 | $442.75 | $442.75 |
| 15 | Sheet metal - Labor - Field | $138,661.00 | $0.00 | $27,730.00 | $0.00 | $27,730.00 | 20% | $110,921.00 | $1,386.50 | $1,386.50 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $0.00 | $8,982.00 | $0.00 | $8,982.00 | 20% | $35,930.00 | $449.10 | $449.10 |
| 17 | Sheet metal - Labor - Shop | $80,448.00 | $0.00 | $16,089.00 | $0.00 | $16,089.00 | 20% | $64,357.00 | $804.45 | $804.45 |
| 18 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 19 | Controls | $82,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $82,300.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $110,579.00 | $61,656.00 | $15,000.00 | $187,235.00 | 14% | $1,134,802.00 | $3,832.80 | $9,361.75 |
| 27 | Change Order #1 | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 28 | Change Order #2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 29 | Change Order #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | TOTAL CHANGE ORDERS | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 33 | TOTAL ORIGINAL CONTRACT & CO | $1,338,631.00 | $110,579.00 | $61,656.00 | $15,000.00 | $187,235.00 | 14% | $1,151,396.00 | $3,832.80 | $9,361.75 |

Exhibit 2

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

TO (GENERAL): JWC CMS JV
PO Box 648
Alamogordo, New Mexico 88311

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

APPLICATION NO: 3

12/31/2017

Page 3 of 3

FROM: (SUB-CONTRACTOR):
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using tier subcontractor(s) on this Job, complete the information below. If none used, write "NONE".

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Exhibit 2

| TO (PRIME): | JWC CMS JV | PROJECT: | 81182 DFAC Renovation | APPLICATION NO: | 4 |
| | PO Box 648 | | Fort Polk, LA | | |
| | Alamogordo, New Mexico 88311 | | | Period From: | 1/1/18 |
| | | | | Period To: | 1/31/18 |

| FROM: (SUB-CONTRACTOR) | PROJECT NUMBER: 162002 |
| Calcasieu Mechanical Contractors, Inc | |
| 3121 Country Club Rd | |
| Lake Charles, LA 70605 | |

Page 1 of 3

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER No. 1 | $16,594.00 | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| TOTALS | $16,594.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $16,594.00 | |

| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $56,698.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,378,735.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $391,680.00 |
| | Retainage to Date -5% of Completed Work | $19,584.00 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $372,096.00 |
| 6 | LESS PREVIOUS CERTIFICATES FOR | |
| | PAYMENT (Line 5 from prior certificate-Enter Amount) | $177,873.25 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $204,445.00 |
| 8 | Retainage this Application-5% of Completed Work | $10,222.25 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $194,222.75 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $1,006,639.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By: N. Blanchard   Date: 1/18/18

State of: Louisiana
County of: Calcasieu

Subscribed and Sworn to before me this:
_____ day of _____ 20 18

Notary Public: Andrea D. Blanchard #138740

My Commission Expires:

*[Notary seal: ANDREA D. BLANCHARD, NOTARY PUBLIC, CALCASIEU PARISH LA, ID #138740]*

## PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:

COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

*[handwritten right margin: emailed / mailed 1/22/18]*

Exhibit 2

Continuation Sheet 

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

Period From: 1/1/18
Period To: 1/31/18

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | This Application | | Total Complete | % | | This Application | Total |
| Item | Description | Scheduled Value | Previous Applications | Work in Place | Stored Materials | and Stored to Date | Percent Complete | Balance to Finish | Retainage 5% | Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,429.00 | $15,000.00 | $21,456.00 | $0.00 | $36,456.00 | 41% | $52,973.00 | $1,072.80 | $1,822.80 |
| 7 | Piping - Labor | $131,623.00 | $0.00 | $8,123.00 | $0.00 | $8,123.00 | 6% | $123,500.00 | $406.15 | $406.15 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $67,794.00 | $0.00 | $0.00 |
| 9 | DOAS - Materials | $125,000.00 | $0.00 | $0.00 | $125,000.00 | $125,000.00 | 100% | $0.00 | $6,250.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $20,899.00 | $0.00 | $0.00 |
| 11 | Fans - Materials | $125,567.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,567.00 | $0.00 | $0.00 |
| 12 | VFD - Materials | $26,977.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $26,977.00 | $0.00 | $0.00 |
| 13 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $8,855.00 | $7,546.00 | $0.00 | $16,401.00 | 32% | $35,021.00 | $377.30 | $820.05 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $27,730.00 | $16,000.00 | $0.00 | $43,730.00 | 32% | $94,921.00 | $800.00 | $2,186.50 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $8,982.00 | $9,800.00 | $0.00 | $18,782.00 | 42% | $26,130.00 | $490.00 | $939.10 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $16,089.00 | $16,520.00 | $0.00 | $32,609.00 | 41% | $47,837.00 | $826.00 | $1,630.45 |
| 18 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 19 | Controls | $82,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $82,300.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $187,235.00 | $79,445.00 | $125,000.00 | $391,680.00 | 30% | $930,357.00 | $10,222.25 | $19,584.00 |
| 27 | Change Order #1 | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 28 | Change Order #2 | $40,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $40,104.00 | $0.00 | $0.00 |
| 29 | Change Order #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $56,698.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $56,698.00 | $0.00 | $0.00 |
| 33 | TOTAL ORIGINAL CONTACT & CO | $1,378,735.00 | $187,235.00 | $79,445.00 | $125,000.00 | $391,680.00 | 28% | $987,055.00 | $10,222.25 | $19,584.00 |

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

TO (GENERAL): JWC CMS JV
PO Box 648
Alamogordo, New Mexico 88311

PROJECT: B1182 DFAC Renovation
Fort Polk, LA

APPLICATION NO: 4

1/31/2018

Page 3 of 3

FROM: (SUB-CONTRACTOR):
Callaslen Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using tier subcontractor(s) on this job, complete the information below.  If none used, write "NONE"

| Lower Tier Subcontractor Name | Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Exhibit 2

Page 1 of 3

| TO (PRIME): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: | B1182 DFAC Renovation<br>Fort Polk, LA | APPLICATION NO: | 5 |
|---|---|---|---|---|---|

Period From: 2/1/18
Period To: 2/28/18

FROM (SUB-CONTRACTOR)
Calaslasi Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| | | |
|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $56,698.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,378,735.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $543,543.00 |
| 4 | Retainage to Date -5% of Completed Work | $28,077.15 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $533,466.85 |
| 6 | LESS PREVIOUS CERTIFICATES FOR<br>PAYMENT (Line 5 from prior certificate-Enter Amount) | $177,873.25 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $169,863.00 |
| 8 | Retainage this Application-5% of Completed Work | $8,493.15 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $161,369.85 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $845,269.15 |

| CHANGE ORDER SUMMARY | | Addition | Deduction |
|---|---|---|---|
| CHANGE ORDER | No: 1 | $16,594.00 | |
| CHANGE ORDER | No: 2 | $40,104.00 | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| CHANGE ORDER | No: | | |
| TOTALS | | $56,698.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | | $56,698.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that the current payment shown herein is now due

By: _____

SUBCONTRACTOR SIGNATURE:

State of: Louisiana
County of: Calcasieu

Subscribed and Sworn to before me this:
_____ day of: _____, 20___

Date: 1-28-2019   Notary Public: _____

My Commission Expires:

Andrea B. Francour
Mark Notary #
NOTARY I.D. NO. 138750
CALCASIEU PARISH, LA
NOTARY PUBLIC

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN/WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

emailed/mailed 3/8/19

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

| | | | |
|---|---|---|---|
| SUBCONTRACTOR: Caleasieu Mechanical Contractors, Inc | PROJECT: B1162 DFAC Renovation | Period From: 2/1/18 | Period To: 2/28/19 |
| 3121 Country Club Rd | Fort Polk, LA | | |
| Lake Charles, LA 70605 | | | |

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | Work in Place (This Application) | Materials Stored (This Application) | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
| 4 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $81,456.00 | $36,456.00 | $25,000.00 | $0.00 | $61,456.00 | 75% | $20,000.00 | $1,250.00 | $3,072.80 |
| 7 | Piping - Labor | $130,690.00 | $8,123.00 | $62,450.00 | $0.00 | $70,573.00 | 54% | $60,117.00 | $3,122.50 | $3,528.65 |
| 8 | HVAC Equipment - Materials | $87,794.00 | $43,730.00 | $0.00 | $0.00 | $43,730.00 | 50% | $44,064.00 | $0.00 | $2,186.50 |
| 9 | VDOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $20,899.00 | $0.00 | $0.00 |
| 11 | Fans - Materials | $125,667.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $125,667.00 | $0.00 | $0.00 |
| 12 | VFD - Materials | $28,977.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $28,977.00 | $0.00 | $0.00 |
| 13 | GRD's - Materials | $54,936.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,936.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $54,422.00 | $16,401.00 | $17,500.00 | $0.00 | $33,901.00 | 62% | $20,521.00 | $875.00 | $1,695.05 |
| 15 | Sheet metal - Labor - Field | $77,215.00 | $0.00 | $33,485.00 | $0.00 | $33,485.00 | 43% | $43,730.00 | $1,674.25 | $1,674.25 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $18,782.00 | $10,640.00 | $0.00 | $29,422.00 | 66% | $15,490.00 | $532.00 | $1,471.10 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $32,609.00 | $20,788.00 | $0.00 | $53,397.00 | 66% | $27,049.00 | $1,039.40 | $2,669.85 |
| 18 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 19 | Controls | $82,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $82,300.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $391,680.00 | $169,863.00 | $0.00 | $561,543.00 | 42% | $760,494.00 | $8,493.15 | $28,077.15 |
| 27 | Change Order #1 | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 28 | Change Order #2 | $40,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $40,104.00 | $0.00 | $0.00 |
| 29 | Change Order #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $56,698.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $56,698.00 | $0.00 | $0.00 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,378,735.00 | $391,680.00 | $169,863.00 | $0.00 | $561,543.00 | 41% | $817,192.00 | $8,493.15 | $28,077.15 |

Exhibit 2

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

TO (GENERAL):
JWC CMS JV
PO Box 648
Alamogordo, New Mexico 88311

PROJECT:    B1162 DFAC Renovation
Fort Polk, LA

APPLICATION NO:    5    2/28/2018

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using lier subcontractor(s) on this Job, complete the information below.  If none used, write "NONE".

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Page 3 of 3

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Exhibit 2

| TO (PRIME): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: | B1152 DFAC Renovation<br>Fort Polk, LA | APPLICATION NO: | 6 | Page 1 of 3 |

| Period From: | 3/1/18 |
| Period To: | 3/31/18 |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
Continuation sheet detailed application and lower tier subcontractor listing, is attached

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER No: 1 | $16,594.00 | |
| CHANGE ORDER No: 2 | $40,104.00 | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| CHANGE ORDER No: | | |
| TOTALS | $56,698.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $56,698.00 | |

| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $56,698.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,378,735.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $792,096.00 |
|   | Retainage to Date -5% of Completed Work | $39,604.80 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $752,491.20 |
| 6 | LESS PREVIOUS CERTIFICATES FOR | |
|   | PAYMENT (Line 5 from prior certificate-Enter Amount) | $553,465.85 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $230,553.00 |
| 8 | Retainage this Application-5% of Completed Work | $11,527.65 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $219,025.35 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $626,243.80 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By _____ R. Blanchard, Jr.    Date: 4/3/18

Subscribed and Sworn to before me this: 3rd day of:
State of: Louisiana
County of: Calcasieu

Notary Public: _____
My Commission Expires: _____

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Catastera Mechanical Contractors, Inc
PROJECT: B1162 DFAC Renovation, Fort Polk, LA
3121 Country Club Rd
Lake Charles, LA 70605
Period From: 3/1/18   Period To: 3/31/18

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | This Application — Work In Place | This Application — Materials Stored | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | This Application Retainage % | Total Retainage to Date % |
| 5 | Bond - Labor | $16,655.00 | $16,655.00 | $0.00 | $0.00 | $16,655.00 | 100% | $0.00 | $0.00 | $827.75 |
| 6 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $5,701.20 |
| 7 | Piping - Labor | $89,429.00 | $61,456.00 | $5,973.00 | $0.00 | $67,429.00 | 75% | $22,000.00 | $298.65 | $5,371.20 |
| 8 | Piping - Materials | $131,623.00 | $70,573.00 | $27,560.00 | $0.00 | $98,073.00 | 75% | $33,550.00 | $1,975.00 | $4,903.65 |
| 9 | HVAC Equipment - Materials | $67,794.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $67,794.00 | $0.00 | $0.00 |
| 10 | DOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 11 | Pumps - Materials | $20,899.00 | $0.00 | $20,899.00 | $0.00 | $20,899.00 | 100% | $0.00 | $1,044.95 | $1,044.95 |
| 12 | Fans - Materials | $125,567.00 | $0.00 | $85,489.00 | $0.00 | $85,489.00 | 68% | $40,078.00 | $4,274.45 | $4,274.45 |
| 13 | VFD's - Materials | $26,977.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $26,977.00 | $0.00 | $0.00 |
| 14 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 15 | Sheet metal - Materials - Field | $51,422.00 | $33,901.00 | $7,489.00 | $0.00 | $41,390.00 | 80% | $10,032.00 | $374.45 | $2,069.50 |
| 16 | Sheet metal - Labor - Field | $138,651.00 | $77,215.00 | $27,413.00 | $0.00 | $104,628.00 | 75% | $34,023.00 | $1,370.65 | $5,231.40 |
| 17 | Sheet metal - Materials - Shop | $44,912.00 | $29,422.00 | $8,946.00 | $0.00 | $38,387.00 | 85% | $5,545.00 | $447.25 | $1,918.35 |
| 18 | Sheet metal - Labor - Shop | $80,446.00 | $53,397.00 | $14,845.00 | $0.00 | $68,220.00 | 85% | $22,204.00 | $742.25 | $3,412.10 |
| 19 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 20 | Controls | $82,000.00 | $0.00 | $32,000.00 | $0.00 | $32,000.00 | 39% | $50,000.00 | $1,600.00 | $1,600.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $561,643.00 | $230,653.00 | $0.00 | $792,096.00 | 60% | $529,941.00 | $11,627.65 | $39,504.80 |
| 28 | Change Order #1 | $16,594.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $16,594.00 | $0.00 | $0.00 |
| 29 | Change Order #2 | $40,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $40,104.00 | $0.00 | $0.00 |
| 30 | Change Order #3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $56,698.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $56,698.00 | $0.00 | $0.00 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,378,735.00 | $561,643.00 | $230,653.00 | $0.00 | $792,096.00 | 57% | $586,639.00 | $11,627.65 | $39,504.80 |

Page 2 of 3

Exhibit 2

# LOWER TIER SUBCONTRACTOR LISTING

Continuation Sheet

Page 3 of 3

| TO (GENERAL): | JWC CMS JV | | |
| | PO Box 648 | | |
| | Alamogordo, New Mexico 88311 | | |

| PROJECT: | B1162 DFAC Renovation | APPLICATION NO.: | 6 |
| | Fort Polk, LA | | 3/31/2018 |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using lower tier subcontractor(s) on this job, complete the information below. If none used, write "NONE"

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT—EXHIBIT 2

Page 1 of 3

| TO (PRIME): | JWC CMS JV | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 7 |
| | PO Box 648 | | Fort Polk, LA | | |
| | Alamogordo, New Mexico 88311 | | | Period From: | 4/1/18 |
| | | | | Period To: | 4/30/18 |

FROM (SUB-CONTRACTOR):

Calasieu Mechanical Contractors, Inc
8121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| | | | CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|---|---|---|
| 1 | ORIGINAL CONTRACT | | CHANGE ORDER   No: 1 | $16,694.00 | |
| 2 | Net Change by Change Orders | $66,466.00 | CHANGE ORDER   No: 2 | $40,104.00 | |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,388,503.00 | CHANGE ORDER   No: 3 | $9,768.00 | |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $999,190.00 | CHANGE ORDER   No: | | |
| | Retainage to Date -5% of Completed Work | $49,959.50 | CHANGE ORDER   No: | | |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $949,230.50 | CHANGE ORDER   No: | | |
| 6 | LESS PREVIOUS CERTIFICATES FOR | | CHANGE ORDER   No: | | |
| | PAYMENT (Line 6 from prior certificate-Enter Amount) | $752,491.20 | CHANGE ORDER   No: | | |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $207,094.00 | CHANGE ORDER   No: | | |
| 8 | Retainage this Application-5% of Completed Work | $10,354.70 | CHANGE ORDER   No: | | |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $196,739.30 | CHANGE ORDER   No: | | |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $439,272.50 | TOTALS | $66,466.00 | $0.00 |
| | | | NET CHANGE BY CHANGE ORDERS | $66,466.00 | |

ORIGINAL CONTRACT — $1,322,037.00
Net Change by Change Orders — $66,466.00

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due.

SUBCONTRACTOR SIGNATURE:

By: K. J. Blanchard, Jr.   Date: 5/1/18

State of: Louisiana
County of: Calcasieu
Subscribed and Sworn to before me this:
_____ day of _____, 20 18

Notary Public:
My Commission Expires:
Andrea D. Blanchard   138750

ANDREA D BLANCHARD   NOTARY PUBLIC   CALCASIEU PARISH, LA   ID NO. 138750

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:

COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Exhibit 2

Exhibit 2

Continuation Sheet

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

Period From: 4/1/18
Period To: 4/30/18

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | This Application: Work In Place | This Application: Stored Materials | Total Complete and Stored to Date | % Percent Complete | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,429.00 | $67,429.00 | $2,489.00 | $0.00 | $69,918.00 | 78% | $19,511.00 | $124.45 | $3,495.90 |
| 7 | Piping - Labor | $131,623.00 | $98,073.00 | $15,450.00 | $0.00 | $113,523.00 | 86% | $18,100.00 | $772.50 | $5,676.15 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $0.00 | $67,794.00 | $0.00 | $67,794.00 | 100% | $0.00 | $3,389.70 | $3,389.70 |
| | DOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| | umps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,567.00 | $85,489.00 | $40,078.00 | $0.00 | $125,567.00 | 100% | $0.00 | $2,003.90 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $0.00 | $26,977.00 | $0.00 | $26,977.00 | 100% | $0.00 | $1,348.85 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $41,390.00 | $1,575.00 | $0.00 | $42,965.00 | 84% | $8,457.00 | $78.75 | $2,148.25 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $104,628.00 | $10,000.00 | $0.00 | $114,628.00 | 83% | $24,023.00 | $500.00 | $5,731.40 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $38,367.00 | $0.00 | $0.00 | $38,367.00 | 85% | $6,545.00 | $0.00 | $1,918.35 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $68,242.00 | $0.00 | $0.00 | $68,242.00 | 85% | $12,204.00 | $0.00 | $3,412.10 |
| 18 | Insulation | $171,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $171,500.00 | $0.00 | $0.00 |
| 19 | Controls | $82,300.00 | $32,000.00 | $0.00 | $0.00 | $32,000.00 | 39% | $50,300.00 | $0.00 | $1,600.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $792,096.00 | $164,363.00 | $0.00 | $956,459.00 | 72% | $365,578.00 | $8,218.15 | $47,822.95 |
| 27 | Change Order #1 | $16,594.00 | $0.00 | $16,594.00 | $0.00 | $16,594.00 | 100% | $0.00 | $829.70 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $0.00 | $26,137.00 | $0.00 | $26,137.00 | 65% | $13,967.00 | $1,306.85 | $1,306.85 |
| 29 | Change Order #3 | $9,768.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $9,768.00 | $0.00 | $0.00 |
| | hange Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| | hange Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $66,466.00 | $0.00 | $42,731.00 | $0.00 | $42,731.00 | 64% | $23,735.00 | $2,136.55 | $2,136.55 |
| 34 | TOTAL ORIGINAL CONTACT & CO | $1,388,503.00 | $792,096.00 | $207,094.00 | $0.00 | $999,190.00 | 72% | $389,313.00 | $10,354.70 | $49,959.50 |

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| TO (GENERAL): | JWC CMS JV | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 7 | 4/30/2018 |
|---|---|---|---|---|---|---|
| | Alamogordo, New Mexico 88311 | | Fort Polk, LA | | | |
| | PO Box 648 | | | | | |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using tier subcontractor(s) on this job, complete the information below. If none used, write "NONE".

| Lower Tier Subcontractor Name | Subcontract Amount | Low Tier Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | | | |
| | | | | |
| Totals | $253,800.00 | $0.00 | $0.00 | $0.00 |

Page 3 of 3

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Exhibit 2

| TO (PRIME): | JWC CMS JV | PROJECT: | B1152 DFAC Renovation | APPLICATION NO: | 8 |
| | PO Box 648 | | Fort Polk, LA | Page 1 of 3 |
| | Alamogordo, New Mexico 88311 | | | Period From: | 5/1/18 |
| | | | | Period To: | 5/31/18 |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER No.: 1 | $18,594.00 | |
| CHANGE ORDER No.: 2 | $40,104.00 | |
| CHANGE ORDER No.: 3 | $9,768.00 | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| TOTALS | $66,466.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $66,466.00 | |

| | | |
|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $66,466.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,388,503.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $1,069,613.00 |
| 4 | Retainage to Date -5% of Completed Work | $53,480.65 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,016,132.35 |
| 6 | LESS PREVIOUS CERTIFICATES FOR | |
| | PAYMENT (Line 5 from prior certificate-Enter Amount) | $949,230.50 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $70,423.00 |
| 8 | Retainage this Application-5% of Completed Work | $3,521.15 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $66,901.85 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $372,370.65 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that the current payment shown herein is now due.

SUBCONTRACTOR SIGNATURE:

By: K J Plauscheaux, Jr.    Date: 5/31/18

State of: Louisiana
County of: Calcasieu
Subscribed and Sworn to before me this:
31st day of May 20__

Notary Public: Andrea D Plauscheaux

My Commission Expires: 4 death

Andrea D Plauscheaux # 138

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

(Notary seal: ANDREA D. PLAUCHEAUX, NOTARY, ID. NO. 138750, CALCASIEU PARISH, LA, PUBLIC)

Continuation Sheet

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed certification is attached

| SUBCONTRACTOR: | PROJECT: | |
|---|---|---|
| Calcasieu Mechanical Contractors, Inc | B1162 DFAC Renovation | |
| 3121 Country Club Rd | Fort Polk, LA | |
| Lake Charles, LA 70605 | | Page 2 of 3 |

Period From: 5/1/18
Period To: 5/31/18

Exhibit 2

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | Work in Place (This Application) | Materials Stored (This Application) | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | Retainage This Application 5% | Total Retainage to Date 5% |
| 4 | Bond | $16,550.00 | $16,550.00 | $0.00 | $0.00 | $16,550.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,918.00 | $69,918.00 | $14,250.00 | $0.00 | $84,168.00 | 94% | $5,750.00 | $712.50 | $4,208.40 |
| 7 | Piping - Labor | $131,623.00 | $113,523.00 | $8,752.00 | $0.00 | $122,275.00 | 93% | $9,348.00 | $437.60 | $6,113.75 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | $0.00 | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| 9 | DOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | ns - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD's - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $42,966.00 | $3,500.00 | $0.00 | $46,466.00 | 90% | $4,957.00 | $175.00 | $2,323.25 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $114,628.00 | $9,678.00 | $0.00 | $124,306.00 | 90% | $14,345.00 | $483.90 | $6,215.30 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $38,367.00 | $2,785.00 | $0.00 | $41,152.00 | 92% | $3,760.00 | $139.25 | $2,057.60 |
| 17 | Sheet metal - Labor - Shop | $96,446.00 | $84,782.00 | $1,458.00 | $0.00 | $86,240.00 | 87% | $9,746.00 | $72.90 | $4,312.00 |
| 18 | Insulation | $171,500.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | 17% | $141,500.00 | $1,500.00 | $1,500.00 |
| 19 | Controls | $82,000.00 | $32,000.00 | $0.00 | $0.00 | $32,000.00 | 39% | $50,300.00 | $0.00 | $1,500.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $956,459.00 | $70,423.00 | $0.00 | $1,026,882.00 | 78% | $295,155.00 | $3,521.15 | $51,344.10 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,694.00 | 100% | $16,694.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 29 | Change Order #3 | $40,104.00 | $26,137.00 | $0.00 | $0.00 | $26,137.00 | 65% | $13,967.00 | $0.00 | $1,306.85 |
| 30 | Change Order #4 | $9,766.80 | $0.00 | $0.00 | $0.00 | $9,766.80 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $66,466.00 | $42,731.00 | $0.00 | $0.00 | $42,731.00 | 64% | $23,735.00 | $0.00 | $2,136.55 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,388,503.00 | $999,190.00 | $70,423.00 | $0.00 | $1,069,613.00 | 77% | $318,890.00 | $3,521.15 | $53,480.65 |

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| TO (GENERAL): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: | B1162 DFAC Renovation<br>Fort Polk, LA | APPLICATION NO: | 8 | 5/31/2018 |

| FROM: (SUB-CONTRACTOR) | Calcasieu Mechanical Contractors, Inc<br>3121 Country Club Rd<br>Lake Charles, LA 70605 | PROJECT NUMBER: 162002 |

If Subcontractor is using lower tier subcontractor(s) on this job, complete the information below.  If none used, write "NONE"

| Lower Tier Subcontractor Name | Subcontract Amount | Low Tier / Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | $19,800.00 | | $62,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $19,800.00 | $0.00 | $62,500.00 |

Page 3 of 3

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Exhibit 2

**TO (PRIME):** JWC CMS JV
PO Box 648
Alamogordo, New Mexico 88311

**PROJECT:** B1182 DFAC Renovation
Fort Polk, LA

**APPLICATION NO:** 9
**Period From:** 6/1/18
**Period To:** 6/30/18

**PROJECT NUMBER:** 162002

**FROM (SUB-CONTRACTOR):** Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER No.: 1 | $16,694.00 | |
| CHANGE ORDER No.: 2 | $40,104.00 | |
| CHANGE ORDER No.: 3 | $9,768.00 | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| CHANGE ORDER No.: | | |
| TOTALS | $66,466.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $66,466.00 | |

| | |
|---|---|
| 1 ORIGINAL CONTRACT | $1,322,037.00 |
| 2 Net Change by Change Orders | $66,466.00 |
| 3 CONTRACT SUM TO DATE (1 PLUS 2) | $1,388,503.00 |
| 4 TOTAL COMPLETED AND STORED TO DATE | $1,198,650.00 |
| 4 Retainage to Date -5% of Completed Work | $59,932.50 |
| 5 TOTAL EARNED TO DATE LESS RETAINAGE | $1,138,717.50 |
| 6 LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 5 from prior certificate-Enter Amount) | $1,069,613.00 |
| 7 TOTAL COMPLETED AND STORED THIS APPLICATION | $129,037.00 |
| 8 Retainage this Application-5% of Completed Work | $6,451.85 |
| 9 CURRENT PAYMENT DUE THIS APPLICATION | $122,585.15 |
| 10 BALANCE TO FINISH, PLUS RETAINAGE | $249,785.50 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that current payment shown herein is now due

**SUBCONTRACTOR SIGNATURE:**

BY: R J Broussard Jr - Pres

Date: 6/25/18

State of: LOUISIANA
County of: Calcasieu
Subscribed and Sworn to before me this:
25th day of June 20 18

Notary Public:
My Commission Expires:

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Page 1 of 3

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
PROJECT: B1162 DFAC Renovation

3121 Country Club Rd
Lake Charles, LA 70605

Fort Polk, LA

Period From: 5/1/18   Period To: 5/31/18

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | This Application — Work in Place | This Application — Materials Stored | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | Retainage This Application 5% | Total Retainage to Date 5% |
| 5 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 6 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 7 | Piping - Materials | $89,449.00 | $84,168.00 | $0.00 | $0.00 | $84,168.00 | 94% | $5,281.00 | $0.00 | $4,208.40 |
| 8 | Piping - Labor | $131,623.00 | $122,275.00 | $0.00 | $0.00 | $122,275.00 | 93% | $9,348.00 | $0.00 | $6,113.75 |
| 9 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | $0.00 | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| 10 | DOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 11 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 12 | ans - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 13 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 14 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 15 | Sheet metal - Materials - Field | $51,422.00 | $46,465.00 | $2,957.00 | $0.00 | $49,422.00 | 96% | $2,000.00 | $147.85 | $2,471.10 |
| 16 | Sheet metal - Labor - Field | $138,651.00 | $124,306.00 | $3,625.00 | $0.00 | $127,931.00 | 92% | $10,720.00 | $181.25 | $6,396.55 |
| 17 | Sheet metal - Materials - Shop | $44,912.00 | $41,152.00 | $1,250.00 | $0.00 | $42,402.00 | 94% | $2,510.00 | $62.50 | $2,120.70 |
| 18 | Sheet metal - Labor - Shop | $80,446.00 | $69,700.00 | $2,500.00 | $0.00 | $72,200.00 | 90% | $8,246.00 | $125.00 | $3,610.00 |
| 19 | Insulation | $171,500.00 | $30,006.00 | $85,000.00 | $0.00 | $115,006.00 | 67% | $56,500.00 | $4,250.00 | $5,750.30 |
| 20 | Controls | $82,300.00 | $32,000.00 | $22,000.00 | $0.00 | $54,000.00 | 65% | $28,300.00 | $1,700.00 | $2,700.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | ORIGINAL CONTRACT | $1,322,037.00 | $1,026,882.00 | $117,332.00 | $0.00 | $1,144,214.00 | 87% | $177,823.00 | $5,868.60 | $57,210.70 |
| 26 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 27 | Change Order #2 | $40,104.70 | $26,137.00 | $1,937.00 | $0.00 | $28,074.00 | 70% | $12,030.00 | $96.85 | $1,403.70 |
| 28 | Change Order #3 | $9,768.00 | $0.00 | $9,768.00 | $0.00 | $9,768.00 | 100% | $0.00 | $96.85 | $488.40 |
| 29 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 30 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $66,466.00 | $42,731.00 | $11,705.00 | $0.00 | $54,436.00 | 82% | $12,030.00 | $585.25 | $2,721.80 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,388,503.00 | $1,089,613.00 | $129,037.00 | $0.00 | $1,198,660.00 | 86% | $189,853.00 | $6,451.85 | $59,932.50 |

Exhibit 2

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

TO (GENERAL): JWC CMS JV
PO Box 648
Alamogordo, New Mexico 88311

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

APPLICATION NO: 6

8/30/2018

FROM (SUB-CONTRACTOR):
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using tier subcontractor(s) on this Job, complete the information below. If none used, write "NONE"

| Lower Tier Subcontractor Name | Subcontract Amount | Low Tier Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | | | |
| LA Controls | $82,300.00 | $19,800.00 | | $62,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $19,800.00 | $0.00 | $62,500.00 |

Page 3 of 3

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

| TO (PRIME): | JWC CMS JV | PROJECT: | B4162 DFAC Renovation | APPLICATION NO: | 10 |
| | PO Box 648 | | Fort Polk, LA | | |
| | Alamogordo, New Mexico 88311 | | | Period From: | 7/1/18 |
| | | | | Period To: | 7/31/18 |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| | | |
|---|---|---:|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $66,466.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,388,503.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $1,261,219.00 |
| 4 | Retainage to Date -5% of Completed Work | $63,060.95 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,198,158.05 |
| 6 | LESS PREVIOUS CERTIFICATES FOR | |
| | PAYMENT (Line 6 from prior certificate-Enter Amount) | $1,138,717.50 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $62,669.00 |
| 8 | Retainage this Application-5% of Completed Work | $3,128.45 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $59,440.55 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $190,344.95 |

### CHANGE ORDER SUMMARY

| | | Addition | Deduction |
|---|---|---:|---:|
| CHANGE ORDER | No. 1 | $16,594.00 | |
| CHANGE ORDER | No. 2 | $40,104.00 | |
| CHANGE ORDER | No. 3 | $8,768.00 | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| TOTALS | | $66,466.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | | $66,466.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous certificates for payment were issued and payments received from the Owner, and that the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By: R.J. Raymond, Jr.          Date: 8/7/18

State of: Louisiana
County of:
Subscribed and Sworn to before me this:          day of:
Notary Public:          My Commission Expires:

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Exhibit 2

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Catessian Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1162 DFAC Renovation Fort Polk, LA

Period From: 7/1/18   Period To: 7/31/18

Page 2 of 3

| Item | Description | Scheduled Value | From Previous Applications | This Application Work in Place | Materials | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,429.00 | $84,168.00 | $3,254.00 | $0.00 | $87,422.00 | 98% | $2,007.00 | $162.70 | $4,371.10 |
| 7 | Piping - Labor | $131,623.00 | $122,275.00 | $7,285.00 | $0.00 | $129,560.00 | 98% | $2,063.00 | $364.25 | $6,478.30 |
| 8 | HVAC Equipment - Materials | $87,794.00 | $87,794.00 | $0.00 | $0.00 | $87,794.00 | 100% | $0.00 | $0.00 | $3,889.70 |
| 9 | DOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,667.00 | $125,667.00 | $0.00 | $0.00 | $125,667.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $49,422.00 | $1,000.00 | $0.00 | $50,422.00 | 98% | $1,000.00 | $50.00 | $2,521.10 |
| 15 | Sheet metal - Labor - Field | $188,651.00 | $127,931.00 | $6,785.00 | $0.00 | $134,716.00 | 72% | $53,935.00 | $339.25 | $6,735.80 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $42,402.00 | $1,600.00 | $0.00 | $43,902.00 | 96% | $1,010.00 | $76.00 | $2,195.10 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $77,400.00 | $1,045.00 | $0.00 | $78,445.00 | 98% | $2,001.00 | $52.25 | $3,922.25 |
| 18 | Insulation | $171,500.00 | $115,000.00 | $26,500.00 | $0.00 | $141,500.00 | 83% | $30,000.00 | $1,325.00 | $7,075.00 |
| 19 | Controls | $82,000.00 | $54,000.00 | $10,000.00 | $0.00 | $64,000.00 | 78% | $18,000.00 | $0.00 | $3,200.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,144,214.00 | $62,665.00 | $0.00 | $1,206,783.00 | 91% | $115,254.00 | $3,128.45 | $60,339.15 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $28,074.00 | $0.00 | $0.00 | $28,074.00 | 70% | $12,030.00 | $0.00 | $1,403.70 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.70 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| | Change Order #8 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $66,466.00 | $54,436.00 | $0.00 | $0.00 | $54,436.00 | 82% | $12,030.00 | $0.00 | $2,721.80 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,388,503.00 | $1,198,660.00 | $62,665.00 | $0.00 | $1,261,219.00 | 91% | $127,284.00 | $3,128.45 | $63,060.95 |

Exhibit 2

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| TO (GENERAL): | JWC CMS JV | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 10 |
| | PO Box 648 | | Fort Polk, LA | | 7/31/2018 |
| | Alamogordo, New Mexico 88311 | | | | |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using lower tier subcontractor(s) on this Job, complete the information below. If none used, write "NONE"

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | $27,000.00 | | $144,500.00 |
| LA Controls | $82,300.00 | $28,800.00 | | $53,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $55,800.00 | $0.00 | $198,000.00 |

Page 3 of 3

Exhibit 2

emailed/mailed 9/5/18

Exhibit 2

Page 1 of 3

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

TO (PRIME): JWC CMS JV
PO Box 648
Alamogordo, New Mexico 88311

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

APPLICATION NO: 11

Period From: 8/1/18
Period To: 8/31/18

PROJECT NUMBER: 162002

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

SUBCONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | Addition | Deduction |
|---|---|---|---|
| CHANGE ORDER | No.: 1 | $16,594.00 | |
| CHANGE ORDER | No.: 2 | $40,104.00 | |
| CHANGE ORDER | No.: 3 | $9,768.00 | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| | TOTALS | $66,466.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | | | $66,466.00 |

| | | |
|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $66,466.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,388,503.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $1,308,754.00 |
| 4 | Retainage to Date -5% of Completed Work | $65,437.70 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,243,316.30 |
| 6 | LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 5 from prior certificate-Enter Amount) | $1,138,717.50 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $47,535.00 |
| 8 | Retainage this Application-5% of Completed Work | $2,376.75 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $45,158.25 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $145,186.70 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

State of: Louisiana
County of: Calcasieu

Subscribed and Sworn to before me this: 5th day of: Sept 5 20

SUBCONTRACTOR SIGNATURE:

By: R. J. Blanchard, Jr-pres

Date: 9/5/18

Notary Public: Andrea D. Blanchard

My Commission Expires: @ death

ANDREA D. BLANCHARD · ID NO. 38750 · NOTARY PUBLIC · CALCASIEU PARISH, LA

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Continuation Sheet

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed certification is attached

| | | Period From: | 8/1/18 |
| | | Period To: | 8/31/18 |

| SUBCONTRACTOR: | Calcasieu Mechanical Contractors, Inc | PROJECT: | B1182 DFAC Renovation |
| | 3121 Country Club Rd  Lake Charles, LA 70605 | | Fort Polk, LA |

| A | B | C | D | E — This Application | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | Work in Place | Materials Stored | Total Complete and Stored to Date | % Percent Complete | Balance to Finish | This Application Retainage 6% | Total Retainage to Date 5% |
| 1 | Bond | $16,655.00 | $16,655.00 | $0.00 | $0.00 | $16,655.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Labor | $89,429.00 | $87,422.00 | $2,007.00 | $0.00 | $89,429.00 | 100% | $0.00 | $100.35 | $4,471.45 |
| 7 | Piping - Labor | $131,623.00 | $129,560.00 | $2,063.00 | $0.00 | $131,623.00 | 100% | $0.00 | $103.15 | $6,581.15 |
| 8 | HVAC Equipment - Materials | $87,794.00 | $87,794.00 | $0.00 | $0.00 | $87,794.00 | 100% | $0.00 | $0.00 | $4,389.70 |
| 9 | DOAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | ins - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $54,938.00 | $0.00 | $0.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $50,422.00 | $1,000.00 | $0.00 | $51,422.00 | 100% | $0.00 | $50.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $137,651.00 | $134,716.00 | $2,935.00 | $0.00 | $137,651.00 | 100% | $0.00 | $146.75 | $6,882.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $43,902.00 | $425.00 | $0.00 | $44,327.00 | 99% | $585.00 | $21.25 | $2,216.35 |
| 17 | Sheet metal - Labor - Shop | $84,813.00 | $78,446.00 | $575.00 | $0.00 | $79,020.00 | 96% | $5,793.00 | $28.75 | $3,951.00 |
| 18 | Insulation | $171,500.00 | $141,500.00 | $15,500.00 | $0.00 | $157,000.00 | 92% | $14,500.00 | $775.00 | $7,850.00 |
| 19 | Controls | $82,300.00 | $64,000.00 | $11,000.00 | $0.00 | $75,000.00 | 91% | $7,300.00 | $550.00 | $3,750.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,206,683.00 | $35,605.00 | $0.00 | $1,242,288.00 | 94% | $79,749.00 | $1,775.25 | $62,114.40 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $28,074.00 | $12,030.00 | $0.00 | $40,104.00 | 100% | $0.00 | $601.50 | $2,005.20 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| 30 | Change Order #4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 9. | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $66,466.00 | $54,456.00 | $12,030.00 | $0.00 | $66,486.00 | 100% | $0.00 | $601.50 | $3,323.30 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,388,503.00 | $1,261,219.00 | $47,535.00 | $0.00 | $1,308,754.00 | 94% | $79,749.00 | $2,376.75 | $65,437.70 |

Exhibit 2

# LOWER TIER SUBCONTRACTOR LISTING
Continuation Sheet

Page 3 of 3

| TO (GENERAL): | JWC CMS JV   JWC CMC | | | |
| | PO Box 648 | | | |
| | Alamogordo, New Mexico 88311 | | | |

| PROJECT: | B1162 DFAC Renovation Fort Polk, LA | APPLICATION NO: | 11 | 8/31/2018 |

PROJECT NUMBER: 162002

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

If Subcontractor is using tier subcontractor(s) on this Job, complete the information below. If none used, write "NONE"

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | $72,000.00 | | $99,500.00 |
| LA Controls | $82,300.00 | $48,600.00 | | $33,700.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $120,600.00 | $0.00 | $133,200.00 |

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

| TO (PRIME): | JWC CMS JV | PROJECT: | B1182 DFAC Renovation | APPLICATION NO: | 12 REVISED | Page 1 of 3 |
|---|---|---|---|---|---|---|
| | PO Box 648 | | Fort Polk, LA | Period From: | 9/1/18 | |
| | Alamogordo, New Mexico 83311 | | | Period To: | 9/30/18 | |

FROM: (SUB-CONTRACTOR): Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| | | |
|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $71,366.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,393,403.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $1,344,066.00 |
| 4 | Retainage to Date -5% of Completed Work | $67,203.25 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,276,861.75 |
| 6 | LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 5 from prior certificate-Enter Amount) | $1,198,158.05 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $35,311.00 |
| 8 | Retainage this Application-5% of Completed Work | $1,765.55 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $33,545.45 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $116,541.25 |

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER | No. 1 | $16,584.00 | |
| CHANGE ORDER | No. 2 | $40,104.00 | |
| CHANGE ORDER | No. 3 | $9,768.00 | |
| CHANGE ORDER | No. 4 | $4,900.00 | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| CHANGE ORDER | No.: | | |
| TOTALS | | $71,366.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | | $71,366.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that the current payment shown herein is now due.

SUBCONTRACTOR SIGNATURE

By: R) Rau Cloud, Jr.    Date: 12/4/18

State of:
County of:
Subscribed and sworn to before me this: __ day of December, 20__
Notary Public:
My Commission Expires:

**PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:**
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 83310

Exhibit 2

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

Period From: 9/1/18
Period To: 1/30/2018 REVISED

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1162 DFAC Renovation
Fort Polk, LA

Page 2 of 3

Exhibit 2

| | | | | This Application | | | | | | |
| Item | Description | Scheduled Value | From Previous Applications | Work In Place | Materials Stored | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | Retainage This Application 5% | Total Retainage to Date 5% |
| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bond | $16,655.00 | $16,655.00 | $0.00 | $0.00 | $16,655.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 7 | Piping - Labor | $131,623.00 | $131,623.00 | $0.00 | $0.00 | $131,623.00 | 100% | $0.00 | $0.00 | $6,581.15 |
| | Piping - Materials | $89,429.00 | $89,429.00 | $0.00 | $0.00 | $89,429.00 | 100% | $0.00 | $0.00 | $4,471.45 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | $0.00 | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| | SVC - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,986.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | 36% | $34,986.00 | $1,000.00 | $1,000.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $51,422.00 | $0.00 | $0.00 | $51,422.00 | 100% | $0.00 | $0.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $137,651.00 | $1,000.00 | $0.00 | $138,651.00 | 100% | $0.00 | $50.00 | $6,932.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $44,327.00 | $585.00 | $0.00 | $44,912.00 | 100% | $0.00 | $29.25 | $2,246.60 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $79,020.00 | $1,426.00 | $0.00 | $80,446.00 | 100% | $0.00 | $71.30 | $4,022.30 |
| 18 | Insulation | $171,500.00 | $157,000.00 | $5,500.00 | $0.00 | $162,500.00 | 96% | $8,000.00 | $275.00 | $8,125.00 |
| 19 | Controls | $82,300.00 | $75,000.00 | $5,300.00 | $0.00 | $80,300.00 | 98% | $2,000.00 | $265.00 | $4,015.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,242,288.00 | $33,811.00 | $0.00 | $1,276,099.00 | 97% | $45,938.00 | $1,690.55 | $53,804.95 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $40,104.00 | $0.00 | $0.00 | $40,104.00 | 100% | $0.00 | $0.00 | $2,005.20 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| 30 | Change Order #4 | $4,900.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | 31% | $3,400.00 | $75.00 | $75.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $71,366.00 | $66,466.00 | $1,500.00 | $0.00 | $67,966.00 | 95% | $3,400.00 | $75.00 | $3,398.30 |
| 34 | TOTAL ORIGINAL CONTACT & CO | $1,393,403.00 | $1,308,754.00 | $35,311.00 | $0.00 | $1,344,065.00 | 96% | $49,338.00 | $1,765.55 | $67,203.25 |

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| TO (GENERAL): | | | | |
|---|---|---|---|---|
| JWC CMS JV | | | | |
| PO Box 648 | | | | |
| Alamogordo, New Mexico 88311 | | | | |

| | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 12 REVISED | 9/30/2018 |
| | | Fort Polk, LA | | | |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc.
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

If Subcontractor is using lower tier subcontractor(s) on this job, complete the information below. If none used, write "NONE"

| Lower Tier Subcontractor Name | Subcontract Amount | Low Tier Paid | Previous Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | $99,000.00 | $72,500.00 | $72,500.00 |
| LA Controls | $82,300.00 | $57,600.00 | $24,700.00 | $24,700.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $156,600.00 | $0.00 | $97,200.00 |

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

| TO (PRIME): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: | B1162 DFAC Renovation<br>Fort Polk, LA | APPLICATION NO: | 13 |
| --- | --- | --- | --- | --- | --- |
| | | | | Period From: | 10/1/18 |
| | | | | To: | 10/31/18 |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
continuation sheet detailed application and lower tier subcontractor listing, is attached

| CHANGE ORDER SUMMARY | Addition | Deduction | | | |
| --- | --- | --- | --- | --- | --- |
| CHANGE ORDER No. 1 | $16,594.00 | | 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| CHANGE ORDER No. 2 | $40,104.00 | | 2 | Net Change by Change Orders | $71,366.00 |
| CHANGE ORDER No. 3 | $9,768.00 | | 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,393,403.00 |
| CHANGE ORDER No. 4 | $4,900.00 | | 4 | TOTAL COMPLETED AND STORED TO DATE | $1,371,266.00 |
| CHANGE ORDER No. | | | 4 | Retainage to Date - 5% of Completed Work | $68,563.25 |
| CHANGE ORDER No. | | | 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,302,701.75 |
| CHANGE ORDER No. | | | 6 | LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior certificate-Enter Amount) | $1,276,861.75 |
| CHANGE ORDER No. | | | 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $27,200.00 |
| CHANGE ORDER No. | | | 8 | Retainage this Application-5% of Completed Work | $1,360.00 |
| CHANGE ORDER No. | | | 9 | CURRENT PAYMENT DUE THIS APPLICATION | $25,840.00 |
| TOTALS | $71,366.00 | $0.00 | 10 | BALANCE TO FINISH, PLUS RETAINAGE | $90,701.25 |

NET CHANGE BY CHANGE ORDERS    $71,366.00

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By: P J Boudloud, Jr.    Date: 11/24/18

State of Louisiana, County of Calcasieu
Subscribed and Sworn to before me this 15 day of November
Notary Public
My Commission Expires:

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Continuation Sheet

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR's signed Certification is attached

| | | | Period From: | 10/1/18 |
| | | | Period To: | 10/31/18 |

| SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc | PROJECT: | B1182 DFAC Renovation |
| 3121 Country Club Rd | | Fort Polk, LA |
| Lake Charles, LA 70605 | | |

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | From Previous Applications | This Application | | | | | | |
| Item | Description | Scheduled Value | | Work in Place | Materials Stored | Date - Total Complete and Stored to Date | % Percent Complete | Balance to Finish | Retainage This Application 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,429.00 | $89,429.00 | $0.00 | $0.00 | $89,429.00 | 100% | $0.00 | $0.00 | $4,471.45 |
| 7 | Piping - Labor | $131,623.00 | $131,623.00 | $0.00 | $0.00 | $131,623.00 | 100% | $0.00 | $0.00 | $6,581.15 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | $0.00 | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| 9 | DAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $20,000.00 | $20,000.00 | $0.00 | $40,000.00 | 73% | $14,938.00 | $1,000.00 | $2,000.00 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $51,422.00 | $0.00 | $0.00 | $51,422.00 | 100% | $0.00 | $0.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $138,651.00 | $0.00 | $0.00 | $138,651.00 | 100% | $0.00 | $0.00 | $6,932.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $44,912.00 | $0.00 | $0.00 | $44,912.00 | 100% | $0.00 | $0.00 | $2,245.60 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $80,446.00 | $0.00 | $0.00 | $80,446.00 | 100% | $0.00 | $0.00 | $4,022.30 |
| 18 | Insulation | $171,500.00 | $162,500.00 | $0.00 | $4,500.00 | $167,000.00 | 97% | $4,500.00 | $225.00 | $8,350.00 |
| 20 | Controls | $82,300.00 | $80,300.00 | $0.00 | $1,000.00 | $81,300.00 | 99% | $1,000.00 | $50.00 | $4,065.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,276,099.00 | $0.00 | $25,600.00 | $1,301,699.00 | 98% | $20,438.00 | $1,275.00 | $65,079.95 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $40,104.00 | $0.00 | $0.00 | $40,104.00 | 100% | $0.00 | $0.00 | $2,005.20 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| 30 | Change Order #4 | $4,900.00 | $1,500.00 | $0.00 | $1,700.00 | $3,200.00 | 65% | $1,700.00 | $85.00 | $160.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $71,366.00 | $67,966.00 | $0.00 | $1,700.00 | $69,666.00 | 98% | $1,700.00 | $85.00 | $3,483.30 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,393,403.00 | $1,344,065.00 | $0.00 | $27,300.00 | $1,371,266.00 | 98% | $22,138.00 | $1,360.00 | $68,563.25 |

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| TO (GENERAL): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: | B1162 DFAC Renovation<br>Fort Polk, LA | APPLICATION NO: | 13 | 10/31/2018 |

| FROM: (SUB-CONTRACTOR): | Calcasieu Mechanical Contractors, Inc<br>3121 Country Club Rd<br>Lake Charles, LA 70605 | PROJECT NUMBER: | 162002 |

If Subcontractor is using lower tier subcontractor(s) on this job, complete the information below.  If none used, write "NONE"

| Lower Tier Subcontractor Name | Low Tier Subcontract Amount | Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | $99,000.00 | | $72,500.00 |
| LA Controls | $82,300.00 | $67,500.00 | | $14,800.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $166,500.00 | $0.00 | $87,300.00 |

Page 3 of 3

Exhibit 2

*mailed and emailed 12/4/18*

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

| TO (PRIME): | JWC CMS JV | PROJECT: | B1152 DPAC Renovation | APPLICATION NO: | 14 |
|---|---|---|---|---|---|
| | PO Box 648 | | Fort Polk, LA | | |
| | Alamogordo, New Mexico 88311 | | | Period From: | 11/1/18 |
| | | | | Period To: | 11/30/18 |

Page 1 of 3

FROM (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract. continuation sheet detailed application and lower tier subcontractor listing, is attached.

| CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|
| CHANGE ORDER No. 1 | $16,694.00 | |
| CHANGE ORDER No. 2 | $0,104.00 | |
| CHANGE ORDER No. 3 | $9,766.00 | |
| CHANGE ORDER No. 4 | $4,900.00 | |
| CHANGE ORDER No. | | |
| CHANGE ORDER No. | | |
| CHANGE ORDER No. | | |
| CHANGE ORDER No. | | |
| CHANGE ORDER No. | | |
| CHANGE ORDER No. | | |
| CHANGE ORDER No. | | |
| TOTALS | $71,366.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | $71,366.00 | |

| | | |
|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 |
| 2 | Net Change by Change Orders | $71,366.00 |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,393,403.00 |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $1,393,403.00 |
| 4 | Retainage to Date -5% of Completed Work | $69,670.15 |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,323,732.85 |
| 6 | LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 5 from prior certificate-Enter Amount) | $1,276,861.75 |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $22,138.00 |
| 8 | Retainage this Application-5% of Completed Work | $1,106.90 |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $21,031.10 |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $69,670.15 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and that the current payment shown herein is now due

SUBCONTRACTOR SIGNATORE:

By: R) Blanchard, Jr.    Date: 12/4/18

State of Louisiana
County of: Calcasieu
Subscribed and Sworn to before me this: ___ day of December 20___

Notary Public

My Commission Expires:

*[Notary seal: NOTARY ID NO 138750 · ANDREA D. BLANCHARD · PUBLIC · CALCASIEU PARISH, LA]*

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:

COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT

COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION

Exhibit 2

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed certification is attached

Page 2 of 3

SUBCONTRACTOR:
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT:
B1182 DFAC Renovation
Fort Polk, LA

Period From: 11/1/18
Period To: 11/30/18

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Application | Work in Place This Application | Materials Stored This Application | Total Complete and Stored to Date | % Percent Complete | Balance to Finish | This Application Retainage 5% | Total Retainage to date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $131,623.00 | $131,623.00 | $0.00 | $0.00 | $131,623.00 | 100% | $0.00 | $0.00 | $6,581.15 |
| 7 | Piping - Labor | $89,429.00 | $89,429.00 | $0.00 | $0.00 | $89,429.00 | 100% | $0.00 | $0.00 | $4,471.45 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | $0.00 | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| 9 | JAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,699.00 | $20,699.00 | $0.00 | $0.00 | $20,699.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $40,000.00 | $14,938.00 | $0.00 | $54,938.00 | 100% | $0.00 | $746.90 | $2,746.90 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $51,422.00 | $0.00 | $0.00 | $51,422.00 | 100% | $0.00 | $0.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $138,651.00 | $0.00 | $0.00 | $138,651.00 | 100% | $0.00 | $0.00 | $6,932.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $44,912.00 | $0.00 | $0.00 | $44,912.00 | 100% | $0.00 | $0.00 | $2,245.60 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $80,446.00 | $0.00 | $0.00 | $80,446.00 | 100% | $0.00 | $0.00 | $4,022.30 |
| 18 | Insulation | $171,500.00 | $167,000.00 | $4,500.00 | $0.00 | $171,500.00 | 100% | $0.00 | $225.00 | $8,575.00 |
| 19 | Controls | $82,300.00 | $81,300.00 | $1,000.00 | $0.00 | $82,300.00 | 100% | $0.00 | $50.00 | $4,115.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,301,599.00 | $20,438.00 | $0.00 | $1,322,037.00 | 100% | $0.00 | $1,021.90 | $66,101.85 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $40,104.00 | $0.00 | $0.00 | $40,104.00 | 100% | $0.00 | $0.00 | $2,005.20 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| 30 | Change Order #4 | $4,900.00 | $3,200.00 | $1,700.00 | $0.00 | $4,900.00 | 100% | $0.00 | $85.00 | $245.00 |
| 31 | Change Order #5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $71,366.00 | $69,666.00 | $1,700.00 | $0.00 | $71,366.00 | 100% | $0.00 | $85.00 | $3,568.30 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,393,403.00 | $1,371,265.00 | $22,138.00 | $0.00 | $1,393,403.00 | 100% | $0.00 | $1,106.90 | $69,670.15 |

Exhibit 2

Continuation Sheet

# LOWER TIER SUBCONTRACTOR LISTING

| | |
|---|---|
| TO (GENERAL): | JWC CMS JV |
| | PO Box 648 |
| | Alamogordo, New Mexico 88311 |

| PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 14 |
| | Fort Polk, LA | | 11/30/2018 |

| FROM: (SUB-CONTRACTOR) | Calcasieu Mechanical Contractors, Inc | PROJECT NUMBER: | 162002 |
| | 3121 Country Club Rd | | |
| | Lake Charles, LA 70605 | | |

If Subcontractor is using tier subcontractor(s) on this job, complete the information below. If none used, write "NONE"

| Lower Tier Subcontractor Name | Subcontract Amount | Low Tier Previous Paid | Current Due | Balance |
|---|---|---|---|---|
| Performance Contractors | $171,500.00 | $99,000.00 | | $72,500.00 |
| LA Controls | $82,300.00 | $67,500.00 | | $14,800.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | $253,800.00 | $166,500.00 | $0.00 | $87,300.00 |

Page 3 of 3

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Page 1 of 3

| TO (PRIME): | JWC CMS JV<br>PO Box 648<br>Alamogordo, New Mexico 88311 | PROJECT: | B1162 DFAC Renovation<br>Fort Polk, LA | APPLICATION NO: | 15 |

| FROM: (SUB-CONTRACTOR) | Calcasieu Mechanical Contractors, Inc<br>3121 Country Club Rd<br>Lake Charles, LA 70605 | PROJECT NUMBER: | 162002 | Period From: 12/1/18 | Period To: 12/31/18 |

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract,
continuation sheet detailed application and lower tier subcontractor listing, is attached.

| | | |
|---|---|---|
| 1 ORIGINAL CONTRACT | | $1,322,037.00 |
| 2 Net Change by Change Orders | | $87,377.00 |
| 3 CONTRACT SUM TO DATE (1 PLUS 2) | | $1,409,414.00 |
| 4 TOTAL COMPLETED AND STORED TO DATE | | $1,409,414.00 |
| 4 Retainage to Date -5% of Completed Work | | $70,470.70 |
| 5 TOTAL EARNED TO DATE LESS RETAINAGE | | $1,338,943.30 |
| 6 LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 5 from prior certificate-Enter Amount) | | $1,323,732.85 |
| 7 TOTAL COMPLETED AND STORED THIS APPLICATION | | $16,011.00 |
| 8 Retainage this Application-5% of Completed Work | | $800.55 |
| 9 CURRENT PAYMENT DUE THIS APPLICATION | | $15,210.45 |
| 10 BALANCE TO FINISH, PLUS RETAINAGE | | $70,470.70 |

| CHANGE ORDER SUMMARY | | Addition | Deduction |
|---|---|---|---|
| CHANGE ORDER | No.1 | $16,594.00 | |
| CHANGE ORDER | No.2 | $60,104.00 | |
| CHANGE ORDER | No.3 | $9,768.00 | |
| CHANGE ORDER | No.4 | $4,900.00 | |
| CHANGE ORDER | No.5 | $16,011.00 | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| CHANGE ORDER | No. | | |
| TOTALS | | $87,377.00 | $0.00 |
| NET CHANGE BY CHANGE ORDERS | | $87,377.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By: RJ Plumbarouse Jr – Pres.   Date 12/20/18

Notary Public:

Subscribed and Sworn before me this _____ day of December, 20__

State of Louisiana   County of: Calcasieu

My Commission Expires:

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED LIEN ITEM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Exhibit 2

Continuation Sheet

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR's signed Certification is attached

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT: B1152 DFAC Renovation
Fort Polk, LA

Period From: 12/1/18
Period To: 12/31/18

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | This Application Work in Place | Materials Stored | Total Complete and Stored to Date | Percent Complete % | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 6 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 7 | Piping - Materials | $89,429.00 | $89,429.00 | $0.00 | $0.00 | $89,429.00 | 100% | $0.00 | $0.00 | $4,471.45 |
| 7 | Piping - Labor | $131,623.00 | $131,623.00 | $0.00 | $0.00 | $131,623.00 | 100% | $0.00 | $0.00 | $6,581.15 |
| 8 | HVAC equipment - Materials | $87,794.00 | $87,794.00 | $0.00 | $0.00 | $87,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| 9 | JAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,699.00 | $20,699.00 | $0.00 | $0.00 | $20,699.00 | 100% | $0.00 | $0.00 | $1,034.95 |
| 11 | Fans - Materials | $125,567.00 | $125,567.00 | $0.00 | $0.00 | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,936.00 | $54,936.00 | $0.00 | $0.00 | $54,936.00 | 100% | $0.00 | $0.00 | $2,746.80 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $51,422.00 | $0.00 | $0.00 | $51,422.00 | 100% | $0.00 | $0.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $138,651.00 | $0.00 | $0.00 | $138,651.00 | 100% | $0.00 | $0.00 | $6,932.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $44,912.00 | $0.00 | $0.00 | $44,912.00 | 100% | $0.00 | $0.00 | $2,245.60 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $80,446.00 | $0.00 | $0.00 | $80,446.00 | 100% | $0.00 | $0.00 | $4,022.30 |
| 18 | Insulation | $171,500.00 | $171,500.00 | $0.00 | $0.00 | $171,500.00 | 100% | $0.00 | $0.00 | $8,575.00 |
| 19 | Controls | $82,300.00 | $82,300.00 | $0.00 | $0.00 | $82,300.00 | 100% | $0.00 | $0.00 | $4,115.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 28 | ORIGINAL CONTRACT | $1,322,037.00 | $1,322,037.00 | $0.00 | $0.00 | $1,322,037.00 | 100% | $0.00 | $0.00 | $66,101.85 |
| 29 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 29 | Change Order #2 | $40,104.00 | $40,104.00 | $0.00 | $0.00 | $40,104.00 | 100% | $0.00 | $0.00 | $2,005.20 |
| | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| | Change Order #4 | $4,900.00 | $4,900.00 | $0.00 | $0.00 | $4,900.00 | 100% | $0.00 | $0.00 | $245.00 |
| 31 | Change Order #5 | $16,011.00 | $0.00 | $16,011.00 | $0.00 | $16,011.00 | 100% | $0.00 | $800.55 | $800.55 |
| 32 | Change Order #6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 33 | TOTAL CHANGE ORDERS | $87,377.00 | $71,366.00 | $16,011.00 | $0.00 | $87,377.00 | 100% | $0.00 | $800.55 | $4,368.85 |
| 34 | TOTAL, ORIGINAL CONTRACT & CO | $1,409,414.00 | $1,393,403.00 | $16,011.00 | $0.00 | $1,409,414.00 | 100% | $0.00 | $800.55 | $70,470.70 |

Page 2 of 3

Exhibit 2

emailed/mailed 3/1/19

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

Exhibit 2

| TO (PRIME): | | PROJECT: | | APPLICATION NO: | 16 | Page 1 of 3 |
|---|---|---|---|---|---|---|
| JWC CMS JV | | B1162 DFAC Renovation | | | | |
| PO Box 648 | | Fort Polk, LA | | Period From: | 2/1/19 | |
| Alamogordo, New Mexico 88311 | | | | Period To: | 2/28/19 | |

FROM: (SUB-CONTRACTOR) | PROJECT NUMBER: 182002
Calasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract.
Continuation sheet detailed application and lower tier subcontractor listing, is attached

| | | | | CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|---|---|---|---|
| 1 ORIGINAL CONTRACT | | $1,322,037.00 | | CHANGE ORDER No.: 1 | $16,584.00 | |
| 2 Net Change by Change Orders : | | $91,804.00 | | CHANGE ORDER No.: 2 | $40,104.00 | |
| 3 CONTRACT SUM TO DATE (1 PLUS 2) | | $1,413,841.00 | | CHANGE ORDER No.: 3 | $9,788.00 | |
| 4 TOTAL COMPLETED AND STORED TO DATE | | $1,413,841.00 | | CHANGE ORDER No.: 4 | $9,900.00 | |
| 5 Retainage to Date -5% of Completed Work | | $70,692.05 | | CHANGE ORDER No.:5 | $16,011.00 | |
| 6 TOTAL EARNED TO DATE LESS RETAINAGE | | $1,343,148.95 | | CHANGE ORDER No.:6 | $4,427.00 | |
| 6 LESS PREVIOUS CERTIFICATES FOR | | | | CHANGE ORDER No.: | | |
| PAYMENT (Line 5 from prior certificate-Enter Amount) | | $1,323,732.85 | | CHANGE ORDER No.: | ✓ | |
| | | | | CHANGE ORDER No.: | | |
| 7 TOTAL COMPLETED AND STORED THIS APPLICATION | | $4,427.00 | | CHANGE ORDER No.: | | |
| 8 Retainage this Application-5% of Completed Work | | $221.35 | | CHANGE ORDER No.: | | |
| 9 CURRENT PAYMENT DUE THIS APPLICATION | | $4,205.65 | | TOTALS | $91,804.00 | $0.00 |
| 10 BALANCE TO FINISH, PLUS RETAINAGE | | $70,692.05 | | NET CHANGE BY CHANGE ORDERS | $91,804.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By: _Bradley L Morano, VP_         Date: 3/1/19

State of: Louisiana
County of: Calcasieu

Subscribed and Sworn to before me this:
_____ day of _____, 20 19

Notary Public: _____

My Commission Expires:

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

Continuation Sheet
APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

| SUBCONTRACTOR: | PROJECT: |
| --- | --- |
| Catasian Mechanical Contractors, Inc | B1162 DFAC Renovation |
| 3121 Country Club Rd | Fort Polk, LA |
| Lake Charles, LA 70605 | |

Period From: 2/1/19
Period To: 2/28/19

| | | | | This Application | | | | | | |
| A | B | C | D | E | F | G | H | I | J | K |
| Item | Description | Scheduled Value | From Previous Applications | Work in Place | Stored Materials | Date Completed and Stored to Date | Percent Complete % Total Complete | Balance to Finish | Retainage This Application 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $89,429.00 | $89,429.00 | $0.00 | | $89,429.00 | 100% | $0.00 | $0.00 | $4,471.45 |
| 7 | Piping - Labor | $131,629.00 | $131,629.00 | $0.00 | | $131,629.00 | 100% | $0.00 | $0.00 | $6,581.15 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| | DAS - Materials | $125,000.00 | $125,000.00 | $0.00 | | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,567.00 | $125,567.00 | $0.00 | | $125,567.00 | 100% | $0.00 | $0.00 | $6,278.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $54,938.00 | $0.00 | | $54,938.00 | 100% | $0.00 | $0.00 | $2,746.90 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $51,422.00 | $0.00 | | $51,422.00 | 100% | $0.00 | $0.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $138,651.00 | $0.00 | | $138,651.00 | 100% | $0.00 | $0.00 | $6,932.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $44,912.00 | $0.00 | | $44,912.00 | 100% | $0.00 | $0.00 | $2,245.60 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $80,446.00 | $0.00 | | $80,446.00 | 100% | $0.00 | $0.00 | $4,022.30 |
| 18 | Insulation | $171,500.00 | $171,500.00 | $0.00 | | $171,500.00 | 100% | $0.00 | $0.00 | $8,575.00 |
| 19 | Controls | $82,300.00 | $82,300.00 | $0.00 | | $82,300.00 | 100% | $0.00 | $0.00 | $4,115.00 |
| 20 | | $0.00 | $0.00 | $0.00 | | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,322,037.00 | $0.00 | | $1,322,037.00 | 100% | $0.00 | $0.00 | $66,101.85 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $40,104.00 | $0.00 | | $40,104.00 | 100% | $0.00 | $0.00 | $2,005.20 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| | Change Order #4 | $4,906.00 | $4,906.00 | $0.00 | | $4,906.00 | 100% | $0.00 | $0.00 | $245.30 |
| 31 | Change Order #5 | $16,011.00 | $16,011.00 | $0.00 | | $16,011.00 | 100% | $0.00 | $0.00 | $800.55 |
| 32 | Change Order #6 | $4,427.00 | $0.00 | $4,427.00 | | $4,427.00 | 100% | $0.00 | $221.35 | $221.35 |
| 33 | TOTAL CHANGE ORDERS | $91,804.00 | $87,377.00 | $4,427.00 | | $91,804.00 | 100% | $0.00 | $221.35 | $4,590.20 |
| 34 | TOTAL ORIGINAL CONTRACT & CO | $1,413,841.00 | $1,409,414.00 | $4,427.00 | | $1,413,841.00 | 100% | $0.00 | $221.35 | $70,692.05 |

Exhibit 2

# APPLICATION AND CERTIFICATE FOR PAYMENT-EXHIBIT 2

| TO (PRIME): | JWC CMS JV | PROJECT: | B1162 DFAC Renovation | APPLICATION NO: | 17 |
| | PO Box 648 | | Fort Polk, LA | | |
| | Alamogordo, New Mexico 88311 | | | Period From: | 3/1/19 |
| | | | | Period To: | 3/31/19 |

FROM: (SUB-CONTRACTOR)
Calcasieu Mechanical Contractors, Inc
3121 Country Club Rd
Lake Charles, LA 70605

PROJECT NUMBER: 162002

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application for Payment, as shown below, in connection with the contract, continuation sheet detailed application and lower tier subcontractor listing, is attached

| | | | CHANGE ORDER SUMMARY | Addition | Deduction |
|---|---|---|---|---|---|
| 1 | ORIGINAL CONTRACT | $1,322,037.00 | CHANGE ORDER No. 1 | $16,594.00 | |
| 2 | Net Change by Change Orders | $91,804.00 | CHANGE ORDER No. 2 | $40,104.00 | |
| 3 | CONTRACT SUM TO DATE (1 PLUS 2) | $1,413,841.00 | CHANGE ORDER No. 3 | $9,768.00 | |
| 4 | TOTAL COMPLETED AND STORED TO DATE | $1,413,841.00 | CHANGE ORDER No. 4 | $4,900.00 | |
| 4 | Retainage to Date -5% of Completed Work | $70,692.05 | CHANGE ORDER No. 5 | $15,011.00 | |
| 5 | TOTAL EARNED TO DATE LESS RETAINAGE | $1,343,148.95 | CHANGE ORDER No. 6 | $4,427.00 | |
| 8 | LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 5 from prior certificate-Enter Amount) | $1,343,148.95 | CHANGE ORDER | No. | |
| 7 | TOTAL COMPLETED AND STORED THIS APPLICATION | $70,692.05 | CHANGE ORDER | No. | |
| 8 | Retainage this Application-5% of Completed Work | $0.00 | CHANGE ORDER | No. | |
| 9 | CURRENT PAYMENT DUE THIS APPLICATION | $70,692.05 | CHANGE ORDER | No. | |
| 10 | BALANCE TO FINISH, PLUS RETAINAGE | $0.00 | CHANGE ORDER | No. | |
| | | | TOTALS | $91,804.00 | $0.00 |
| | | | NET CHANGE BY CHANGE ORDERS | $91,804.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for work for which previous certificates for payment were issued and payments received from the Owner, and the current payment shown herein is now due

SUBCONTRACTOR SIGNATURE:

By: _Bradley L Moreau, VP_

State of: Louisiana
County of: Calcasieu
Subscribed and Sworn to before me this: 21st day of March, 20 19

Notary Public: _____  Date: 3/21/19

My Commission Expires: At death

PAYMENT OF INVOICES WILL NOT BE MADE WITHOUT THE FOLLOWING DOCUMENTS:
COMPLETED INTERIM OR FINAL LIEN WAIVER FOR EACH INVOICE SUBMITTED FOR PAYMENT
COMPLETE LISTING OF LOWER TIER SUBCONTRACTORS WITH SCHEDULE OF VALUES ON PAGE 3 OF THIS APPLICATION
DOCUMENTS AS DETAILED IN SUBCONTRACT AGREEMENT WHEN NOTIFIED BY PROJECT MANAGER TO PROVIDE

INVOICES ARE TO BE SENT TO:
JWC CMS JV
Attn: Accounts Payable
PO Box 648
Alamogordo, NM 88310

Exhibit 2

**Continuation Sheet**

APPLICATION AND CERTIFICATION FOR PAYMENT-DETAILED APP.
Containing CONTRACTOR'S signed Certification is attached

SUBCONTRACTOR: Calcasieu Mechanical Contractors, Inc
PROJECT: B1162 DFAC Renovation    Fort Polk, LA
3121 Country Club Rd
Lake Charles, LA 70605

Period From: 3/1/19    Period To: 3/31/19

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Item | Description | Scheduled Value | From Previous Applications | This Application Work in Place | This Application Materials Stored | Total Complete and Stored to Date | Total Complete Percent % | Balance to Finish | This Application Retainage 5% | Total Retainage to Date 5% |
| 1 | Bond | $16,555.00 | $16,555.00 | $0.00 | $0.00 | $16,555.00 | 100% | $0.00 | $0.00 | $827.75 |
| 5 | Demo - Labor | $94,024.00 | $94,024.00 | $0.00 | $0.00 | $94,024.00 | 100% | $0.00 | $0.00 | $4,701.20 |
| 6 | Piping - Materials | $88,429.00 | $88,429.00 | $0.00 | $0.00 | $88,429.00 | 100% | $0.00 | $0.00 | $4,421.45 |
| 7 | Piping - Labor | $131,623.00 | $131,623.00 | $0.00 | $0.00 | $131,623.00 | 100% | $0.00 | $0.00 | $6,581.15 |
| 8 | HVAC Equipment - Materials | $67,794.00 | $67,794.00 | $0.00 | $0.00 | $67,794.00 | 100% | $0.00 | $0.00 | $3,389.70 |
| 9 | JAS - Materials | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $125,000.00 | 100% | $0.00 | $0.00 | $6,250.00 |
| 10 | Pumps - Materials | $20,899.00 | $20,899.00 | $0.00 | $0.00 | $20,899.00 | 100% | $0.00 | $0.00 | $1,044.95 |
| 11 | Fans - Materials | $125,587.00 | $125,587.00 | $0.00 | $0.00 | $125,587.00 | 100% | $0.00 | $0.00 | $6,279.35 |
| 12 | VFD - Materials | $26,977.00 | $26,977.00 | $0.00 | $0.00 | $26,977.00 | 100% | $0.00 | $0.00 | $1,348.85 |
| 13 | GRD's - Materials | $54,938.00 | $54,938.00 | $0.00 | $0.00 | $54,938.00 | 100% | $0.00 | $0.00 | $2,746.90 |
| 14 | Sheet metal - Materials - Field | $51,422.00 | $51,422.00 | $0.00 | $0.00 | $51,422.00 | 100% | $0.00 | $0.00 | $2,571.10 |
| 15 | Sheet metal - Labor - Field | $138,651.00 | $138,651.00 | $0.00 | $0.00 | $138,651.00 | 100% | $0.00 | $0.00 | $6,932.55 |
| 16 | Sheet metal - Materials - Shop | $44,912.00 | $44,912.00 | $0.00 | $0.00 | $44,912.00 | 100% | $0.00 | $0.00 | $2,245.60 |
| 17 | Sheet metal - Labor - Shop | $80,446.00 | $80,446.00 | $0.00 | $0.00 | $80,446.00 | 100% | $0.00 | $0.00 | $4,022.30 |
| 18 | Insulation | $171,500.00 | $171,500.00 | $0.00 | $0.00 | $171,500.00 | 100% | $0.00 | $0.00 | $8,575.00 |
| 19 | Controls | $82,300.00 | $82,300.00 | $0.00 | $0.00 | $82,300.00 | 100% | $0.00 | $0.00 | $4,115.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 24 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 25 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 26 | ORIGINAL CONTRACT | $1,322,037.00 | $1,322,037.00 | $0.00 | $0.00 | $1,322,037.00 | 100% | $0.00 | $0.00 | $66,101.85 |
| 27 | Change Order #1 | $16,594.00 | $16,594.00 | $0.00 | $0.00 | $16,594.00 | 100% | $0.00 | $0.00 | $829.70 |
| 28 | Change Order #2 | $40,104.00 | $40,104.00 | $0.00 | $0.00 | $40,104.00 | 100% | $0.00 | $0.00 | $2,005.20 |
| 29 | Change Order #3 | $9,768.00 | $9,768.00 | $0.00 | $0.00 | $9,768.00 | 100% | $0.00 | $0.00 | $488.40 |
| 30 | Change Order #4 | $4,900.00 | $4,900.00 | $0.00 | $0.00 | $4,900.00 | 100% | $0.00 | $0.00 | $245.00 |
| 31 | Change Order #5 | $16,011.00 | $16,011.00 | $0.00 | $0.00 | $16,011.00 | 100% | $0.00 | $0.00 | $800.55 |
| 32 | Change Order #6 | $4,427.00 | $4,427.00 | $0.00 | $0.00 | $4,427.00 | 100% | $0.00 | $0.00 | $221.35 |
| 33 | TOTAL CHANGE ORDERS | $91,804.00 | $91,804.00 | $0.00 | $0.00 | $91,804.00 | 100% | $0.00 | $0.00 | $4,590.20 |
| 34 | TOTAL ORIGINAL CONTACT & CO | $1,413,841.00 | $1,413,841.00 | $0.00 | $0.00 | $1,413,841.00 | 100% | $0.00 | $0.00 | $70,692.05 |

Exhibit 2